**UNITED STATES DISTRICT COURT**
**Southern District of New York**



*265177*

## AFFIDAVIT OF SERVICE

Index no : 1:25-CV-08536

XDOOD LLC, derivatively on behalf of ELTEK, Ltd

    Plaintiff(s),

vs.

Interactive Brokers Group, Inc., et al

    Defendant(s).

---

**STATE OF CONNECTICUT**
                      ss: East Hartford
**HARTFORD COUNTY**

Eric Rubin, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **10/23/2025** at **4:00 PM**, I served the within **Summons in a Civil Action, Complaint Jury Trial Demanded, Civil Cover Sheet** on Interactive Brokers Group Inc. at One Pickwick Plaza, Greenwich, CT 06830 in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of each to Jose Leefmans, Compliance Officer/Authorized Agent of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of Interactive Brokers Group Inc., and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Perceived Gender | Perceived Race | Color of Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Brown | 45 | 5'11" | 175 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
October 24, 2025
by an affiant who is personally known to
me or produced identification.

X_____
Eric Rubin
Preferred Process Servers, Inc.-Whitestone, NY
166-06 24th Road
Whitestone, NY 11357
718-362-4890
Atty File#:

NOTARY PUBLIC
My Commission Expires: _____

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES
3/31/2026