**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, COUNTY OF SOUTHERN DISTRICT**

Client: ASTOR ASSOCIATES
Address: PO BOX 1572 NEW YORK, NY 10156

Job #: 1612759

| | |
|---|---|
| XDOOD LLC, DERIVATIVELY ON BEHALF OF ELTEK, LTD. | Index Number: 1:25-CV-08536 |
| *Plaintiff* | Client's File No.: xdood vs interactive |
| vs | Court Date: |
| INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, & JOHN DOES | |
| *Defendant* | Date Filed: |

## AFFIRMATION OF SERVICE

LASHONDA RICARDO, affirms and says:

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On 10/23/2025, at 3:15 PM at: 2000 WESTCHESTER AVENUE, PURCHASE, NY 10577 affirmant served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET

On: **MORGAN STANLEY SMITH BARNEY LLC**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **LINDA ROGGIERO** personally. affirmant knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be General Agent authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| Gender: Female | Race: White | | Color of hair: Brown |
|---|---|---|---|
| Age: 50-60 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

I affirm on 10/24/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

LASHONDA RICARDO
DCA License # 2121158-DCWP