UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

XDOOD, LLC, derivatively on behalf of ELTEK, LTD.,

                  Plaintiff,

        -against-                                          25-cv-8536 (LAK)

INTERACTIVE BROKERS GROUP, INC., et al.,

                  Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2025

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The complaint in this stockholder derivative action covers 107 pages and contains 346 numbered paragraphs. It appears to devote substantial space to allegations of evidence. In any case, it is not the "short and plain statement of the claim showing that the pleader is entitled to relief" that Rule 8(a) requires. Nor, in the Court's present view, should plaintiff be unable to satisfy the requirement of Rule 9(b) that fraud be pleaded with particularity.

        Accordingly, the complaint is dismissed without prejudice to Plaintiff filing an amended complaint, no more than 50 pages long, on or before November 24, 2025. In any case, if a shorter complaint were to prove insufficient under Rule 9(b) and plaintiff could show that the defect(s) could be remedied in a somewhat longer pleading, it could seek leave to amend again at such a time.

        SO ORDERED.

Dated:     October 28, 2025

                                                      Lewis A. Kaplan
                                                  United States District Judge