AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD, ) <br> *Plaintiff* ) <br> v. ) <br> INTERACTIVE BROKERS GROUP, INC., et al. ) <br> *Defendant* ) | Case No.  1:25-cv-08536 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Morgan Stanley Smith Barney LLC                                                                            .

Date:   12/02/2025                                                        /s/Glen Silverstein
                                                                                   *Attorney's signature*

                                                                           Glen Silversten (GS9174)
                                                                           *Printed name and bar number*

                                                                           Leader Berkon Colao & Silverstein LLP
                                                                           630 Third Avenue
                                                                           New York, NY 10017
                                                                                   *Address*

                                                                           gsilverstein@leaderberkon.com
                                                                                   *E-mail address*

                                                                           (212) 486-2400
                                                                                   *Telephone number*

                                                                           (212) 486-3099
                                                                                   *FAX number*