UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD<br><br>Plaintiff<br><br>v.<br><br>INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10<br><br>Defendants | Civil Action: 1:25-cv-08536<br><br>**STIPULATION AND ORDER SETTING MORGAN STANLEY SMITH BARNEY LLC'S TIME TO RESPOND TO THE AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff XDOOD LLC, derivatively on behalf of Eltek, Ltd., and defendant Morgan Stanley Smith Barney LLC ("MSSB"), in the above-captioned action, as follows:

1.  MSSB hereby accepts service of the Amended Complaint, which was electronically filed November 24, 2025 [ECF # 7].

2.  MSSB's time to answer, move, or otherwise respond to the Amended Complaint shall be through and including December 23, 2025.

Date: December 2, 2025

| | |
|---|---|
| GOLDBERG SEGALLA LLP | LEADER BERKON COLAO & SILVERSTEIN LLP |
| By: */s/ Adam S. Katz*<br>    Adam S. Katz<br>    akatz@goldbergsegalla.com<br>    711 3rd Avenue, Suite 1900<br>    New York, New York 10017-4013 | By: */s/ Glen Silverstein*<br>    Glen Silverstein<br>    gsilverstein@leaderberkon.com<br>    Michael J. Tiffany<br>    mtiffany@leaderberkon.com |

|  |  |
|---|---|
| *Attorney for XDOOD LLC, derivatively on behalf of ELTEK, LTD* | Natalie Perecman<br>nperecman@leaderberkon.com<br>630 Third Avenue, 17th Floor<br>New York, New York 10017<br><br>*Attorneys for Defendant Morgan Stanley Smith Barney LLC* |

SO ORDERED:

_____
Hon. Lewis A. Kaplan
Dated:
New York, New York
December \_\_, 2025