UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-25

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD<br><br>Plaintiff<br><br>v.<br><br>INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10<br><br>Defendants | Civil Action: 1:25-cv-08536<br><br>**STIPULATION AND ORDER SETTING MORGAN STANLEY SMITH BARNEY LLC'S TIME TO RESPOND TO THE AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff XDOOD LLC, derivatively on behalf of Eltek, Ltd., and defendant Morgan Stanley Smith Barney LLC ("MSSB"), in the above-captioned action, as follows:

1. MSSB hereby accepts service of the Amended Complaint, which was electronically filed November 24, 2025 [ECF # 7].

2. MSSB's time to answer, move, or otherwise respond to the Amended Complaint shall be through and including December 23, 2025.

Date: December 2, 2025

| | |
|---|---|
| GOLDBERG SEGALLA LLP<br><br>By: /s/ *Adam S. Katz*<br>   Adam S. Katz<br>   akatz@goldbergsegalla.com<br>   711 3rd Avenue, Suite 1900<br>   New York, New York 10017-4013 | LEADER BERKON COLAO & SILVERSTEIN LLP<br><br>By: /s/ *Glen Silverstein*<br>   Glen Silverstein<br>   gsilverstein@leaderberkon.com<br>   Michael J. Tiffany<br>   mtiffany@leaderberkon.com |

*Attorney for XDOOD LLC, derivatively on behalf of ELTEK, LTD*

Natalie Perecman
nperecman@leaderberkon.com
630 Third Avenue, 17th Floor
New York, New York 10017

*Attorneys for Defendant Morgan Stanley Smith Barney LLC*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
Dated:
New York, New York
December 3, 2025