AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD, ) *Plaintiff* ) v. ) INTERACTIVE BROKERS GROUP, INC., et al. ) *Defendant* ) | Case No. 1:25-cv-08536 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Morgan Stanley Smith Barney LLC.

Date: 12/03/2025

/s/Michael J. Tiffany
*Attorney's signature*

Michael J. Tiffany (MT9367)
*Printed name and bar number*

Leader Berkon Colao & Silverstein LLP
630 Third Avenue
New York, NY 10017
*Address*

mtiffany@leaderberkon.com
*E-mail address*

(212) 486-2400
*Telephone number*

(212) 486-3099
*FAX number*