USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XDOOD LLC, derivatively on behalf of
ELTEK, LTD,

            Plaintiff,

v.

INTERACTIVE BROKERS GROUP, INC.,
MORGAN STANLEY SMITH BARNEY LLC,
and JOHN DOES 1-10,

            Defendant.

Civil Action:
1:25-cv-08536

## STIPULATION AND ORDER

    *WHEREAS* Defendant Interactive Brokers Group Inc. contends that good service has not been effected on it;

    *WHEREAS* the parties in this action want to avoid unnecessary motion practice over this issue;

    It is stipulated and agreed between the Parties, through undersigned counsel, that Defendants have accepted service of the First Amended Complaint and that Defendants waive any defense based on service of process.

    It is further stipulated and agreed that Defendants shall answer, move, or otherwise respond to the First Amended Complaint by March 2, 2026.

    It is further stipulated and agreed that Facsimile, and/or electronic signatures and copies of this stipulation shall be good as if originals.

Dated: New York, NY
December 17, 2025

| | |
|---|---|
| **LEADER BERKON COLAO & SILVERSTEIN LLP** | **GOLDBERG SEGALLA LLP** |
| By: /s/ Michael J. Tiffany<br>Michael J. Tiffany, Esq.<br>630 Third Avenue<br>New York, NY 10017<br>*Attorneys for Defendant Morgan Stanley Smith Barney LLC*<br>Phone: (212) 486-2400<br>mtiffany@leaderberkon.com | By: _____<br>Adam S. Katz, Esq.<br>*Attorneys for Plaintiff*<br>711 Third Avenue, Ste. 1900<br>New York, NY 10017<br>Phone: (646) 292-8787<br>akatz@goldbergsegalla.com |
| By: /s/ Henry Klehm<br>Henry Klehm<br>250 Vesey Street<br>New York, NY 10281-1047<br>*Attorneys for Defendant Interactive Brokers LLC*<br>Phone: (212) 326-3706<br>hklehm@jonesday.com | |

SO ORDERED:

_____
Hon. Lewis A. Kaplan

Dated: New York, New York
December __, 2025