# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD, <br><br>    Plaintiff, <br><br>v. <br><br>INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10, <br><br>    Defendants. | Case No. 1:25-cv-08536 (LAK) <br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Henry Klehm III of Jones Day is admitted or otherwise authorized to practice in this court and hereby appears in this action on behalf of Defendant Interactive Brokers Group, Inc.

Dated: New York, New York
      December 30, 2025

Respectfully submitted,

*/s/ Henry Klehm III*
Henry Klehm III
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Tel: (212) 326-3939
Facsimile: (212) 755-7306
hklehm@jonesday.com

*Attorney for Defendant Interactive Brokers Group, Inc.*