UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD., <br><br> Plaintiff, <br><br> v. <br><br> INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10, <br><br> Defendants | Civil Action: 1:25-cv-08536 |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Adam S. Katz, Esq., dated January 4, 2026, undersigned counsel moves this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl St., New York, NY, for an Order granting undersigned counsel—Goldberg Segalla, LLP and Adam S. Katz, Esq., leave to withdraw as counsel for Plaintiff, XDOOD, LLC, derivatively on behalf of Eltek, Ltd. in the above-referenced matter, pursuant to Local Rule of the Southern District of New York 1.4.

Dated: January 5, 2026

Goldberg Segalla, LLP

By: */s/ Adam S. Katz*
Adam S. Katz, Esq.
711 Third Avenue, 19th Floor
New York, New York 10017
akatz@goldbergsegalla.com
646-292-8787

*Attorneys for Plaintiff XDOOD LLC, derivatively on behalf of Eltek, Ltd.*