# GOLDBERG SEGALLA

Adam Katz | Partner
Direct 646.292.8787 | akatz@goldbergsegalla.com

December 31, 2025



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-26

**VIA ECF**
Hon. Lewis A. Kaplan, USDJ
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *XDOOD LLC v. Interactive Brokers Group, Inc. et al., 1:25-cv-08536*

Dear Judge Kaplan:

This firm represents Plaintiff XDOOD LLC, derivatively on behalf of Eltek, Ltd. ("Plaintiff"). We write to request that initial conference in this matter, currently scheduled for January 6, 2026, be adjourned by 30 days for the reasons set forth below. This is the first request for an adjournment of this conference.

The primary reason for this request is that this firm plans to file a motion to withdraw as counsel by the end of the week, due to irreconcilable differences between client and counsel. As will be set forth in greater detail in the planned motion (but limited based on the confines of attorney-client privilege), the client has asked counsel to engage in unnecessary motion practice and to unnecessarily deny reasonable requests for extensions of time. The client is aware of the plans to file the motion to withdraw. Moreover, undersigned counsel was engaged as local counsel and the primary attorney is no longer willing to enter an appearance based on the aforementioned conflicts.

Alternatively, if the Court is unwilling to adjourn the conference based on the proposed motion, I ask for a brief adjournment of the conference to the following week. I unexpectedly need to travel to Washington DC on January 6, 2026 to represent a client in another matter involving complex criminal and regulatory issues.

Opposing counsel for both defendants consent to third adjournment of thirty days for the purposes of Plaintiff locating new counsel.

We thank the Court for its attention to this request. Best wishes for a happy and healthy new year.

Respectfully submitted,

Adam S. Katz, Esq.

Adjourned to 2/3/26 at 12:00
SO ORDERED
LEWIS A. KAPLAN, USDJ
1/5/26

cc:   Counsel of record