## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>INTERACTIVE BROKERS GROUP, INC.,  )<br>MORGAN STANLEY SMITH BARNEY  )<br>LLC, and JOHN DOES 1-10,  )<br>  )<br>Defendants. | Case No. 1:25-cv-08536 (LAK) |

## DEFENDANT INTERACTIVE BROKERS GROUP, INC.'S RESPONSE TO PLAINTIFF COUNSEL'S MOTION TO WITHDRAW

Yesterday, on January 5, 2026, Plaintiff's counsel filed a Motion to Withdraw as Counsel (Doc. 16). Defendant Interactive Brokers Group, Inc. does not oppose that motion.

If Plaintiff cannot find new counsel by the date of the rescheduled Initial Conference (February 3, 2026), this Court should dismiss this case. Plaintiff is a limited liability company, and an LLC (even one with only one member) "may appear in federal court only through a licensed attorney." *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). And even if a layperson could represent an LLC pro se, a layperson "may not appear pro se to pursue a shareholder's derivative suit" like this one. *Pridgen v. Andresen*, 113 F.3d 391, 393 (2d Cir. 1997); *see, e.g.*, *Phillips v. Tobin*, 548 F.2d 408, 411–12 (2d Cir. 1976). If Plaintiff lacks a licensed attorney, therefore, this case may not proceed twice over.

Dated: January 6, 2026

Respectfully submitted,

/s/ Henry Klehm III
Henry Klehm III
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Tel: (212) 326-3939
Facsimile: (212) 755-7306
hklehm@jonesday.com

*Attorney for Defendant Interactive Brokers Group, Inc.*