UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD,<br><br>      Plaintiff,<br><br>v.<br><br>INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10,<br><br>      Defendants. | Case No. 1:25-cv-08536 (LAK) |

## DEFENDANT INTERACTIVE BROKERS GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Interactive Brokers Group, Inc. provides this Disclosure Statement as required by Federal Rule of Civil Procedure 7.1:

Interactive Brokers Group, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: January 8, 2026

Respectfully submitted,

*/s/ Henry Klehm III*
Henry Klehm III
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Tel: (212) 326-3939
Facsimile: (212) 755-7306
hklehm@jonesday.com

*Attorney for Defendant Interactive Brokers Group, Inc.*