EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

January 12, 2026
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: XDOOD LLC v. Interactive Brokers Group, Inc. Et al., 1:25cv08536 (LAK)**

Affidavit Declaration of Michael McGauley

Regarding email communications and phone calls with former counsel between November 24, 2025, and January 6, 2026

(Submitted as Exhibit [A] to Plaintiff's Letter to the Court)

I, Michael McGauley, declare pursuant to 28 U.S.C. § 1746:

1. I am the owner and sole member of XDOOD LLC ("XDOOD" or the "Company"), the Plaintiff in this action. I am submitting this declaration solely to provide factual information within my personal knowledge in connection with the letter addressed to the Court dated January 12, 2026. I understand that XDOOD, as a corporate entity, must be represented by licensed counsel in this Court, and I am not attempting to act as legal counsel or to file any motion on behalf of the Company.

2. The purpose of this declaration is to authenticate the email communications and all attached Exhibits to the accompanying letter, which describe and document my interactions with XDOOD's former counsel, Adam S. Katz of Goldberg Segalla LLP and Joe Sibley of Camara & Sibley L.L.P.

3. The emails attached as Exhibits are true and correct copies of communications that I personally sent, received, or accessed through my email account in the ordinary course of correspondence with former counsel.

4. Each email was printed or saved directly from my email account using the "Print" function, which preserves the original header information, including the sender, recipient, date, subject line, and message body.

5. No alterations have been made to the substance of any email. In accordance with Federal Rule of Civil Procedure 5.2, I have redacted only personal identifying information and narrow portions of attorney–client privileged communications, solely to preserve the privilege. I have further excluded portions of communications that, while potentially relevant to later proceedings, are not necessary to the limited factual matters addressed in this letter and could risk confusing the present record. I remain prepared to provide those materials to the Court should their disclosure become necessary.

6. All referenced phone call dates and times are accurate and supported by screen-capture records of my call log.

7. I submit this declaration solely to provide the Court with accurate factual information concerning the communications referenced in the accompanying letter, including matters relating to counsel's procedural expectations, withdrawal, and the resulting procedural difficulties faced by XDOOD.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 12, 2026, at Quincy, Massachusetts.

_____
Michael McGauley
Owner of XDOOD LLC

COMMONWEALTH OF MASSACHUSETTS
County of Norfolk

On this 12 day of January, 2026, before me, the undersigned notary public, personally appeared Michael McGauley, proved to me through satisfactory evidence of identification to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Notary Public
My Commission Expires: 7-20-29

BRENDA G. FERNANDEZ
Notary Public
Commonwealth of Massachusetts
My Commission Expires July 20, 2029