Exhibit B

**Re: Negotiations related to Affidavit of Service**

**Joe Sibley** ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪   Wed, Dec 17, 2025 at 10:23 AM
To: Michael McGauley ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
Cc: "Katz, Adam" ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ Dean Chin ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪



I will no longer be working on this case.

-- Joe