Exhibit C

# Happy Holidays

**Michael McGauley**      Mon, Dec 22, 2025 at 1:43 PM
To: Joe Sibley ▮, "Katz, Adam" ▮

Dean Joe and Adam,

Happy holiday's.

▮

▮

▮

Regards,
Mike

📄 **Interactive Brokers Group Inc** ▮
178K

Exhibit C - Page 1 of 2

Exhibit C

**Michael McGauley** ███████████████     Tue, Jan 6, 2026 at 11:39 AM
To: "Katz, Adam" ███████████████

Adam,

███████████████████████████████████

███████

███████████████

███████████████████████

███████████████████

█

███████████████████

██████████████████████

████████████

████████████████████████████████████

██████████████████████████████

Best regards,

Mike McGauley

███████████████████

Exhibit C - Page 2 of 2