Exhibit D

# Service of Amended Complaint to Interactive Brokers (IBKR) & Update on MSSB Appearance

---

**Michael McGauley** ████████████████                                    Fri, Dec 5, 2025 at 1:34 PM
To: Joe Sibley ████████████████████████, "Katz, Adam" ████████████████████
Bcc: Dean Chin ██████████████████████

Adam / Joe,

I am writing to confirm the service status for **Interactive Brokers (IBKR)** regarding the Amended Complaint filed on November 24, 2025 (Docket #6).

As of today, December 5, the docket shows that **Morgan Stanley Smith Barney (MSSB)** has appeared (Glen Silverstein/Natalie Perecman) and filed a stipulation extending their response time to December 23. However, IBKR has **not yet appeared**.

███████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████

**Question:**

    1. Can you confirm if we have physically served (or mailed) the Amended Complaint to IBKR's registered agent?

████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████
███████████████████████████████████

Thank you,

Mike

Exhibit D

**Re: Service of Amended Complaint to Interactive Brokers (IBKR) & Update on MSSB Appearance**

---

**Joe Sibley** ████████████████                                      Fri, Dec 5, 2025 at 1:48 PM
To: Michael McGauley ██████████████████
Cc: "Katz, Adam" █████████████████

Mike -- talked to Adam about this, we are working on re-serving IBKR.

Exhibit D

**Re: Service of Amended Complaint to Interactive Brokers (IBKR) & Update on MSSB Appearance**

---

**Katz, Adam** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                    Fri, Dec 5, 2025 at 3:28 PM
To: Joe Sibley ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Cc: Michael McGauley ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Hi Mike: Yes confirmed. The complaint is out for service but a lawyer from Jones Day called me today and left a message about representing IBKR. We've been playing phone tag but I'll let you know when I hear from him. -Adam
Sent from my iPhone

Adam Katz, Esq.
Partner

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



GOLDBERGSEGALLA
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓