Exhibit E

Screen capture from phone call log showing 12/12/2025 call at 3:00 pm

**Outgoing Call** — 12/12/25 · 3:00 PM
11 minutes

## Re: Service of Amended Complaint to Interactive Brokers (IBKR) & Update on MSSB Appearance

**Joe Sibley**  Fri, Dec 12, 2025 at 3:05 PM
To: "Katz, Adam"
Cc: Michael McGauley

Adam -- what are they saying the correct name is?

Mike is asking.

# Re: Service of Amended Complaint to Interactive Brokers (IBKR) & Update on MSSB Appearance

**Michael McGauley**                                                             Fri, Dec 12, 2025 at 3:33 PM
To: Joe Sibley
Cc: "Katz, Adam", Dean Chin

Joe, Adam,

We believe the named entity for IBKR is correct.

Dean and I are happy to discuss and explain.



## Re: Service of Amended Complaint to Interactive Brokers (IBKR) & Update on MSSB Appearance

**Michael McGauley** ▮▮▮  Fri, Dec 12, 2025 at 4:52 PM
To: Joe Sibley ▮▮▮
Cc: "Katz, Adam" ▮▮▮, Dean Chin ▮▮▮

▮▮▮

▮▮▮

▮▮▮

Once IBKR has the Affidavit of Servicer, ▮▮▮

What is the status of the Amended Complaint affidavit of service? I still do not see any update on the court doc.

-Mike & Dean

# Re: Service of Amended Complaint to Interactive Brokers (IBKR) & Update on MSSB Appearance

**Katz, Adam**  
To: Michael McGauley  
Cc: Joe Sibley, Dean Chin

Fri, Dec 12, 2025 at 4:58 PM

They're saying it's LLC vs. Inc.
Sent from my iPhone

Adam Katz, Esq.
Partner

**GOLDBERG SEGALLA**

CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

## Re: Service of Amended Complaint to Interactive Brokers (IBKR) & Update on MSSB Appearance

**Michael McGauley** ▮  Fri, Dec 12, 2025 at 5:16 PM
To: "Katz, Adam" ▮
Cc: Joe Sibley ▮   Dean Chin ▮

▮

We are naming the Parent Organization in accordance with the following ▮

▮

- ▮
- ▮
- ▮

▮

▮



Exhibit E

