## Re: Serving IBKR and other matters

**Joe Sibley** ▮▮▮▮▮   Tue, Dec 16, 2025 at 9:57 AM
To: Michael McGauley ▮▮▮▮▮
Cc: "Katz, Adam" ▮▮▮▮▮, Dean Chin ▮▮▮▮▮

Mike,

This is the entity:

https://www.interactivebrokers.com

They're going to stipulate and agree that this is the entity operating the electronic trading platform on the record.

-- Joe

### Re: Serving IBKR and other matters

**Michael McGauley** ████████████████████                    Tue, Dec 16, 2025 at 1:10 PM
To: Joe Sibley ████████████████████
Cc: "Katz, Adam" ████████████████  Dean Chin ████████████████

████████████████ we are sticking with our original named entity (the Inc)

██████ the (dot)com (Interactive Brokers LLC) is ████████████████████████
████████████████████████████████████████████████████████████

We look forward to filing the Notice of Service, with details of all the methods used.

Seeing Honorable Judge Kaplan in court on the 6th ████████████████ Let's start making plans.

████████████████████████████████████████████████

Lastly, let us know when IBKR is officially served. ████████████████████████
████████

Regards,
Mike & Dean