Exhibit H

**Fwd: XDOOD LLC, derivatively on behalf of Eltek, LTD. v. Interactive Brokers Group Inc., et al., 25-CV-08536**

Tue, Dec 16, 2025 at 1:28 PM

**Joe Sibley** ███████████████
To: Michael McGauley ███████████
Cc: Dean Chin ████████████ , "Katz, Adam" █████████████

Exhibit H

Guys -- here is our proposed stipulation.

They are representing that the LLC is the trading platform.  If the Inc. signs ███████████████████████

███████████████████████████████████

█████████    tasks like accepting waivers of service etc.  As I told you the hearing on Jan 6 was a scheduling conference that will surely be reset.  ████

██

Let us know if we need to jump on a call, but we need to get one the same page going forward.

-- Joe



**XDOOD -- Stipulation re_ Second Amended Complaint.docx**
130K

Exhibit H

**Re: XDOOD LLC, derivatively on behalf of Eltek, LTD. v. Interactive Brokers Group Inc., et al., 25-CV-08536**

**Michael McGauley** ████████████████                                    Tue, Dec 16, 2025 at 1:39 PM
To: Joe Sibley ████████████████
Cc: Dean Chin ████████████, "Katz, Adam" ████████████████

We did not know about this and we do not agree to any of thiis, ████████

████████████████████████████████████

████████████████████

We need a discussion now.