Screen capture from phone call log showing 12/16/2025 call at 5:19 pm

> Incoming Call        12/16/25 · 5:19 PM
> 36 minutes

Exhibit I - Page 1 of 3

# call discussion notes (no extension of time or name right now -let's talk tomorrow)

**Michael McGauley** ▮▮▮  Tue, Dec 16, 2025 at 6:03 PM
To: Joe Sibley ▮▮▮, "Katz, Adam" ▮▮▮
Cc: Dean Chin ▮▮▮

Joe, Adam,

Thanks for the call and sync up.

I think we should plan to talk tomorrow as we agreed.

We do not agree to a change of entity or time extension tonight; we just heard about all of this. ▮▮▮

Adam said he would forward IBKR's acceptance of service.(it's not in PACER)

▮▮▮

Thanks again,
Mike & Dean

Exhibit I - Page 2 of 3

# Re: call discussion notes (no extension of time or name right now -let's talk tomorrow)

**Joe Sibley** — Tue, Dec 16, 2025 at 7:05 PM
To: Michael McGauley
Cc: "Katz, Adam"          Dean Chin

I just spoke with IBKR lawyer.  See below for comments/etc.

On Tue, Dec 16, 2025 at 5:03 PM Michael McGauley wrote:

> Joe, Adam,
>
> Thanks for the call and sync up.
>
> He said affidavit of service.  It's attached.
>
> Again, you don't have to agree to changing the defendant, but we need to get them a stipulation on the extension.  I'm attaching a draft that reflects that.

**2 attachments**

📄 **show_temp.pl.pdf**
98K

📄 **EltekStipExtensionTime.docx**
131K

Exhibit I - Page 3 of 3