**Negotiations related to Affidavit of Service**

---

**Michael McGauley** ▮                                                   Wed, Dec 17, 2025 at 10:05 AM
To: "Katz, Adam" ▮                       Joe Sibley ▮
Cc: Dean Chin ▮

Dear Adam, Joe,

The Affidavit of Service you sent last night via e-mail is about the Original Complaint.

We've never seen an Affidavit of Service for the Amended Complaint from IBKR. This request was in my December 5th email, "Service of Amended Complaint to Interactive Brokers (IBKR) & Update on MSSB Appearance".

We later followed up the December 5th email with three related emails on December 12, explaining why we believe the original named Defendant is ▮ ▮ ▮

On December 14, 2025, we sent another e-mail ("Serving IBKR and other matters") detailing our request for the proper Affidavit of Service to IBKR.

To this date, we still have never received notice of proper service to IBKR for the Amended Complaint. Instead, we received a signed "Stipulation and Order" unauthorized by us. ▮ ▮ Changing the named plaintiff is fundamental. Dean and I should have been notified and had discussions with you.

▮ However, we must be fair and proper to Eltek as XDOOD is pursuing this legal matter on their behalf.

▮

▮

On behalf of Eltek, the most important thing is that a proper Affidavit of Service ▮ ▮ then proper negotiations can begin.

▮

▮ But we fully understand that keeping all parties aligned is beneficial; hence, whatever IBKR's due date is will also apply to MSSB. This provides them with extra time.

▮

Regards,

Mike and Dean

## Re: Negotiations related to Affidavit of Service



**Joe Sibley** ███████████████████                          Wed, Dec 17, 2025 at 10:23 AM
To: Michael McGauley ███████████
Cc: "Katz, Adam" ██████████████████████, Dean Chin ████████████████████

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████
██████████████████████████ I will no longer be working on this case.  I do not believe Adam is going to stay on either.

Which leads to the final issue -- given that you are going to need new lawyers, █████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████

-- Joe

**Re: Negotiations related to Affidavit of Service**

**Katz, Adam** ▮   Wed, Dec 17, 2025 at 10:27 AM
To: Michael McGauley ▮
Cc: Joe Sibley ▮  Dean Chin ▮

▮ Here is the aff of service for the amended complaint.  They are waiving service (but claiming it was improper), ▮ Rule 4 gives them 60 days when they waive service.  I don't understand your emphasis on the timing of when to negotiate. ▮

-Adam


Sent from my iPhone


Adam Katz, Esq.
Partner

▮

▮

On Dec 17, 2025, at 10:05 AM, Michael McGauley ▮ wrote:



Mike and Dean

📄 **AOS989879444.PDF**
127K