**STATE OF NEW YORK, COUNTY OF SOUTHERN DISTRICT**

Client: ASTOR ASSOCIATES
Address: PO BOX 1572 NEW YORK , NY 10156

| XDOOS LLC DERIVATIVELY ON BEHALF OF ELTEK LTD | | **Index Number: 1:25-cv-08536 (LAK)** |
|---|---|---|
| *Plaintiff* | | **Client's File No.: xdood vs, interactive** |
| INTERACTIVE BROKERS GROUP INC, MORGAN STANLEY SMITH BARNEY LLC, JOHN DOES 1-10 | | **Court Date:** |
| *Defendant* | | **Date Filed: 11/24/2025** |

**LASHONDA RICARDO**, affirms and says:

# AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On **12/11/2025**, at **9:45 AM** at: **2000 WESTCHESTER AVENUE, PURCHASE, NY 10577** affirmant served the within **AMENDED COMPLAINT**

On: **MORGAN STANLEY SMITH BARNEY LLC**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **LINDA RAGGIERO** personally. affirmant knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be General Agent authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| Gender: Female | Race: White | | Color of hair: Brown |
|---|---|---|---|
| Age: 45-55 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: Glasses |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

I affirm on 12/12/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*LashondaRicardo*

**LASHONDA RICARDO**
DCA License # 2121158-DCWP

EXHIBIT K

**UNITED STATES DISTRICT COURT**
**Southern District of New York**



*266387*

**AFFIRMATION OF SERVICE**

Index no : **1:25-cv-08536 (LAK)**

**XDOOD LLC, derivatively on behalf of ELTEK, Ltd.**

                    Plaintiff(s),
vs.

**Interactive Brokers Group, Inc., et al**

                    Defendant(s).
                                                    /

**Eric Rubin**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **12/03/2025** at **4:05 PM**, I served the within **Amended Complaint, Jury Trial Demanded** on **Interactive Brokers Group Inc.** at **One Pickwick Plaza, Greenwich, CT 06830** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Jon Gelman, Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Interactive Brokers Group Inc.**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Perceived Gender | Perceived Race | Color of Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Brown | 42 | 5'6" | 155 |
| Other Features: | | | | | |

I affirm this **4** day of **Dec** , **2025** , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
Eric Rubin
Preferred Process Servers, Inc.-Whitestone, NY
166-06 24th Road
Whitestone, NY 11357
718-362-4890
Atty File#:

*Notary Not Required Pursuant To N.Y. CPLR 2106*