UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
XDOOD LLC, derivatively on behalf of ELTEK, LTD.,

                            Plaintiff,

            -against-                                    25-cv-8536 (LAK)

INTERACTIVE BROKERS GROUP, INC., et al.,

                          Defendants.
------------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's counsel having withdrawn on January 6, 2026, plaintiff is advised that the failure of new counsel to appear on its behalf no later than February 2, 2026, may result in dismissal of the case for failure to prosecute.

       SO ORDERED.

Dated:       January 22, 2026

                                                      _____
                                                      Lewis A. Kaplan
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-26