UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

January 22, 2026
VIA ECF
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: XDOOD LLC v. Interactive Brokers Group, Inc. Et al.,  1:25cv08536 (LAK)**
Request for Assistance for New Counsel and Retrieving Case File

Dear Honorable Judge Kaplan:

I write respectfully to supplement my January 12 letter and to address the Court's January 22 order directing that new counsel appear on behalf of XDOOD LLC ("XDOOD") no later than February 2, 2026 or the case may be dismissed.

Since the withdrawal of prior counsel, I have contacted multiple law firms to retain new representation. Multiple firms have declined or have not responded. I continue seeking counsel in good faith. The current procedural posture, combined with the abrupt withdrawal of prior counsel, has made it difficult for prospective counsel to evaluate the matter. I'm committed to securing representation as quickly as possible, but I'm concerned about meeting the February 2 date without the Court's assistance.

I'm asking for any guidance the Court may offer regarding mechanisms available to assist in securing representation, including whether referral to the Court's Pro Bono Panel or limited-scope counsel would be appropriate.

I also respectfully request that any existing deadlines be held in abeyance until new counsel is able to appear and advise the Court. Stabilizing the posture of the case will assist prospective counsel and prevent further procedural prejudice.

Finally, to facilitate the transition to new counsel, I respectfully request that the Court direct prior counsel to promptly provide the complete case file and any remaining client funds held in trust. These materials are necessary for prospective counsel to assess the case.

I remain committed to prosecuting this action diligently and in good faith. I appreciate the Court's attention to these matters and respectfully request any guidance the Court may provide.

Respectfully submitted,

*Michael McGauley*
/s/ Michael McGauley
On behalf of Plaintiff XDOOD LLC
Email: mikemcgauley@xdood.com
Phone: (656)-230-1333