UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
XDOOD LLC, derivatively on behalf of ELTEK, LTD.,

                       Plaintiff,

         -against-                                  25-cv-8536 (LAK)

INTERACTIVE BROKERS GROUP, INC., et al.,

                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 1/27/2026

### ORDER

LEWIS A. KAPLAN, *District Judge*.

       The Court is unable to assist plaintiff with obtaining new counsel. Plaintiff is not qualified for this district's *pro bono* program. As a limited liability company, plaintiff may not appear *pro se* and thus may not obtain only limited-scope counsel.

       The initial conference previously set for February 3, 2026, at noon, is adjourned until February 18, 2026, at 10 a.m. Should plaintiff remain committed to prosecuting this matter, plaintiff shall update the Court by February 15, 2026, as to its attempts to obtain new counsel and its expected timeline for doing so.

       SO ORDERED.

Dated:      January 27, 2026

                                                        _____
                                                        Lewis A. Kaplan
                                                   United States District Judge