UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 XDOOD LLC, derivatively on behalf
of ELTEK, LTD.,

                Plaintiff,                      Case No.: .: 1:25-cv-08536 (LAK)

      -against-                          **Notice of Apperance**

INTERACTIVE BROKERS GROUP,
 INC., MORGAN STANLEY SMITH
BARNEY LLC, JOHN DOES 1-10

              Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Peter Sverd, Esq., Of Counsel to the law firm of the Law Offices of Peter Sverd, PLLC, hereby appears as attorney of record for the Plaintiff, XDOOD LLC, derivatively on behalf of ELTEK, LTD., in this matter.

      **PLEASE** include the undersigned on all commications and filings in this matter.

     DATED : New York, New York
           February 10, 2026

                                                    Law Offices of Peter Sverd, PLLC
                                                    *Attorneys for XDOOD LLC, derivatively*
                                                    *On behalf of ELTEK, LTD.*

                                         By: _____
                                               Peter Sverd, Esq. Of Counsel
                                               (PS0406)
                                             225 Broadway, Ste. 613
                                             New York, NY 10007
                                             Ph:    (646) 751-8743
                                             Psverd@sverdlawfirm.com

To: All Parties by ECF Only