UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
XDOOD LLC, derivatively on behalf
of ELTEK, LTD.,

                    Plaintiff,                    Case No.: 1:25-cv-08536 (LAK)

-against-

                                        **RULE 7.1 CORPORATE**
INTERACTIVE BROKERS GROUP, INC.,     **DISCLOSURE STATEMENT**
MORGAN STANLEY SMITH BARNEY LLC,
JOHN DOES 1-10
                  Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the Plaintiff, Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, XDOOD LLC, derivatively on behalf of ELTEK, LTD., by their attorneys, Law Offices of Peter Sverd, PLLC, hereby states that:

      (1) ELTEK LTD. is a publicly held company whose parent company is NISTEC GOLAN, LTD.

      (2) XDOOD LLC is a privately held company with no parent corporation, and no publicly held corporation owns 10% or more of XDOOD LLC's membership interest.

Dated: New York, New York
       February 12, 2026

                                              Law Offices of Peter Sverd, PLLC

                                                */s/ Peter Sverd*
                                          _____
                                                Peter Sverd, Esq.(PS0406)
                                         225 Broadway, Suite 613
                                         New York, New York 10007
                                         (646) 751-8743
                                         psverd@sverdlawfirm.com

To All Sides By ECF Only