UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>INTERACTIVE BROKERS GROUP, INC.,  )<br>MORGAN STANLEY SMITH BARNEY  )<br>LLC, and JOHN DOES 1-10,  )<br>)<br>Defendants. | Case No. 1:25-cv-08536 (LAK)<br><br>**AFFIDAVIT OF JAMES SAYWELL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, James Saywell, affirm that:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

3. There are no disciplinary proceedings presently against me;

4. I am a member in good standing of the bar of the State of Ohio, and I have attached a Certificate of Good Standing from such courts.

Dated: New York, New York
February 17, 2026

Respectfully submitted,

*/s/ James Saywell*

James Saywell
JONES DAY
901 Lakeside Avenue East
Cleveland, OH 44114-1190
jsaywell@jonesday.com
Tel: (216) 586-7108

*Attorney for Defendant Interactive Brokers Group, Inc.*

STATE OF OHIO        )
                     ) ss.
COUNTY OF CUYAHOGA   )

Subscribed and sworn to before me on this 17 day of February, 2026.

*Melissa M. Carte*
Notary Public

MELISSA M. CARTE
Notary Public, State of Ohio
My Commission Expires:
October 27, 2026