CERTIFICATE OF GOOD STANDING



# THE SUPREME COURT *of* OHIO

### CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education (CLE) Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, **James Robert Saywell** (Attorney Reg. No. 0092174) was admitted to the practice of law in Ohio on **November 17, 2014**; has registered as an **active** attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio do not indicate that the Board of Professional Conduct has filed a report recommending that the Supreme Court impose discipline against James Robert Saywell pursuant to Gov.Bar R. V ("Disciplinary Procedure"). I further certify that the records of the Clerk's Office do not indicate that the Supreme Court has imposed discipline against James Robert Saywell pursuant to Gov.Bar R. V. I further certify that the records of the Clerk's Office do not indicate that a disciplinary matter was or is currently pending against James Robert Saywell with the Supreme Court.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 11th day of February, 2026.

Michel Jendretzky
*Director, Office of Attorney Services*

Shannon B Scheid
Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2026-02-11-1
Verify by email: GoodStandingRequests@sc.ohio.gov