UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD, <br><br> Plaintiff, <br><br> v. <br><br> INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10, <br><br> Defendants. | Case No. 1:25-cv-08536 (LAK) <br><br> **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of James Saywell for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the Bar of the State of Ohio; and that his contact information is as follows:

Applicant's Name: James Saywell
Firm Name: Jones Day
Address: 901 Lakeside Avenue East, Cleveland, OH 44114-1190
Telephone: (216) 586-7108
Facsimile: (216) 579-0212

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Interactive Brokers Group, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2026        _____

Hon. Lewis A. Kaplan
United States District Court Judge