UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
XDOOD LLC, derivatively on behalf of ELTEK, LTD.,

                      Plaintiff,

            -against-                                  25-cv-8536 (LAK)

INTERACTIVE BROKERS GROUP, INC., et al.,

                      Defendants.
------------------------------------------------x

**SCHEDULING ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Having conferred with the parties, defendants shall file their motions to dismiss by March 16, 2026. Plaintiff shall file its opposition by April 6, 2026. Defendants shall file their replies by April 13, 2026.

        SO ORDERED.

Dated:      February 18, 2026

                                                  Lewis A. Kaplan
                                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2026