| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/18/2026 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XDOOD LLC, derivatively on behalf of ELTEK, LTD,

    Plaintiff,

v.

INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10,

    Defendants.

Case No. 1:25-cv-08536 (LAK)

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed hereto, I, JAMES SAYWELL, hereby move this Court pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order for admission to practice *Pro Hac Vice* to appear as counsel for INTERACTIVE BROKERS GROUP, INC. in the above-captioned case.

I am a member in good standing of the bar of the State of Ohio. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: New York, New York
February 17, 2026

Respectfully submitted,

_/s/ James Saywell_
James Saywell
JONES DAY
901 Lakeside Avenue East
Cleveland, OH 44114-1190
jsaywell@jonesday.com
Tel: (216) 586-7108

*Attorney for Defendant Interactive Brokers Group, Inc.*

Granted
/s/ 2/18/26