UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
XDOOD LLC, derivatively on behalf
of ELTEK, LTD.,

                    Plaintiff,                Case No.: 1:25-cv-08536 (LAK)

-against-

INTERACTIVE BROKERS GROUP, INC.,
MORGAN STANLEY SMITH BARNEY LLC,
JOHN DOES 1-10
                    Defendants.
-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Affidavit of Michael McGauley, dated March 10, 2026, with exhibits attached thereto, along with the accompanying Declaration of Peter Sverd, Esq, dated March 10, 2026 with exhibits attached, and the Memorandum of Law dated March 10, 2026, the Plaintiff XDOOD LLC, derivatively on behalf of ELTEK, LTD., by its attorneys Law Offices of Peter Sverd, PLLC, will move This Court before the Honorable Lewis A. Kaplan District Court Judge, at the Courthouse located at 500 Pearl Street, New York, New York 10007 for an order: A. lifting of the automatic discovery stay under the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), and permitting the Plaintiff to serve the subpoenas located at Exhibits A and B of the accompanying Declaration of Peter Sverd, Esq, dated March 10, 2026; B. along with any further relief that This Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that answering papers shall be served upon Plaintiff's counsel on or before the time specified in S.D.N.Y. Civ. R. 6.1.

Dated: New York, New York
       March 12, 2026

                                          Law Offices of Peter Sverd, PLLC

                                                  */s/ Peter Sverd*
                                            Peter Sverd, Esq. (PS0406)
                                      225 Broadway, Suite 613

New York, New York 10007<br>
(646) 751-8743<br>
psverd@sverdlawfirm.com

To:   **By ECF ONLY**

Leader Berkon Colao & Silverstein LLP
*Attorneys for Defendant Morgan Stanley Smith Barney LLC*
Michael J. Tiffany, Esq.
630 Third Avenue
New York, NY 10017
Phone: (212) 486-2400
mtiffany@leaderberkon.com

Jones Day
*Attorneys for Defendant Interactive Brokers LLC*
Henry Klehm
250 Vesey Street
New York, NY 10281-1047
Phone: (212) 326-3706
hklehm@jonesday.com