UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 XDOOD LLC, derivatively on behalf
of ELTEK, LTD.,

                  Plaintiff,                          Case No.: .: 1:25-cv-08536 (LAK)

        -against-                      **Attorney Declaration in Support**
                                                **Of Motion**

INTERACTIVE BROKERS GROUP,
 INC., MORGAN STANLEY SMITH
BARNEY LLC, JOHN DOES 1-10

                  Defendants.
-------------------------------------------------------------X

       **PETER SVERD, ESQ.,** an attorney licensed to practice law before This Courts affirms as follows, under the penatlies of perjury:

       1.      Your Affiant is a member of the Law Office of Peter Sverd, PLLC, attorneys for the Plaintiff XDOOD LLC, derivatively on behalf of ELTEK, LTD., in this matter.

       2.      This Declaration is based upon my conversations with my client, documents provided to me, as well as, documents in the public domain, and on the basis that I believe them to be true.

       3.      I submit this attorney declaration with exhibits attached hereto, along with the Declaration of Michael McGloin, dated March 10, 2026 with exhibits attached thereto,  as as well as,  the accompanying Memorandum of Law of evenn date, in support of the Plaintiff's motion which seeks an Order from This Court: (A) lifting the Private Securities Litigation Reform Act ("PSLRA") stay of discovery while motions to dismiss are pending (15 U.S.C. § 78u-4(b)(3)(B)).

       4.      Attached hereto at **EXHIBIT A** is the proposed subpoena to be served upon FINRA.

5.      Attached hereto at **EXHIBIT B**  is the proposed subpoena to be served upon The

Depository Trust Company and its Nominee Entity Cede & Co.

6.      Attached hereto at **EXHIBIT C**  is the Amended Complaint filed and served in

this action.

7.      Attached hereto at **EXHIBIT D**  is the Proposed Order.


DATED : New York, New York
          March 10, 2026

                                        Law Offices of Peter Sverd, PLLC

                                        By: */s/ Peter Sverd*
                                          Peter Sverd, Esq. (PS0406)
                                          *Attorneys for XDOOD LLC, derivatively*
                                          *On behalf of ELTEK, LTD.*
                                          225 Broadway, Ste. 613
                                          New York, NY 10007
                                          Ph:     (646) 751-8743
                                          Psverd@sverdlawfirm.com

To: All Parties by ECF Only