UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

XDOOD LLC, derivatively on behalf
of ELTEK, LTD.,

                Plaintiff,        Case No.: 1:25-cv-08536 (LAK)

-against-

INTERACTIVE BROKERS GROUP, INC.,
MORGAN STANLEY SMITH BARNEY LLC,
JOHN DOES 1-10

                Defendants.
-------------------------------------------------------------X

**[PROPOSED] ORDER LIFTING PSLRA DISCOVERY STAY FOR LIMITED PURPOSE**

**WHEREAS**, Plaintiff has moved for a limited lifting of the automatic discovery stay under the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), for the purpose of identifying anonymous John Doe Minority Shareholders ("JDMS") so that they can be added to this action;

**WHEREAS**, the Court finds that the requested discovery is (i) narrowly tailored to obtain non-party audit-trail metadata from FINRA (OATS/CAT) and the DTC (Cede & Co.), (ii) necessary to prevent undue prejudice, and (iii) poses no administrative or financial burden on the named Defendants;

**IT IS HEREBY ORDERED** that:

    _____1. **Limited Lift of Stay:** The automatic stay of discovery under the PSLRA is partially lifted for the sole and limited purpose of serving third-party subpoenas upon FINRA and the DTC (via Cede & Co.) to obtain audit-trail metadata necessary to identify the brokerage entities through which the trading activity described in the Amended Complaint was conducted.

    _____2. **Scope of Discovery:** Discovery authorized by this Order is strictly confined to the identification of the brokerage entities and shall not extend to merits discovery, internal strategy, or any communications of the named Defendants.

**SO ORDERED.**

Dated: _____, 2026

                                                  _____
                                                  HON. LEWIS A. KAPLAN, U.S.D.J.