# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD, <br><br> Plaintiff, <br><br> v. <br><br> INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10, <br><br> Defendants. | Case No. 1:25-cv-08536 (LAK) |

### DEFENDANT INTERACTIVE BROKERS GROUP, INC.'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE, that upon the accompanying Declaration of James R. Saywell and the Memorandum of Law submitted herewith, Defendant Interactive Brokers Group, Inc., by and through its attorneys in the above-referenced matter, will, and hereby does, move this Court, before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl St., New York, NY 10007, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiff's Amended Complaint (Doc. 6) with prejudice and such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the schedule set by the Court (Doc. 29), any brief in opposition shall be served and filed on or before April 6, 2026, and any reply brief in support shall be served and filed on or before April 13, 2026.

Dated: March 16, 2026

Henry Klehm III
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Tel: (212) 326-3939
Fax: (212) 755-7306
hklehm@jonesday.com

Respectfully submitted,

*/s/ James R. Saywell*
Geoffrey J. Ritts (*pro hac vice* forthcoming)
James R. Saywell
JONES DAY
901 Lakeside Avenue,
Cleveland, OH 44114
Tel: (216) 586-3939
Fax: (216) 579-0212
jsaywell@jonesday.com

*Counsel for Defendant*
*Interactive Brokers Group, Inc.*