UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10,<br><br>　　　　Defendants. | Case No. 1:25-cv-08536 (LAK) |

## DECLARATION OF JAMES R. SAYWELL IN SUPPORT OF DEFENDANT INTERACTIVE BROKERS GROUP, INC.'S MOTION TO DISMISS

I, James R. Saywell, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Jones Day, 901 Lakeside Avenue, Cleveland, OH 44114, and counsel for Defendant Interactive Brokers Group, Inc.

2. I submit this declaration in support of Interactive Brokers' Motion to Dismiss the Amended Complaint and put before this Court true and correct copies of the following documents, each of which accompanies this declaration. These documents provide background information for the Court.

3. Attached as **Exhibit 1** is a true and correct copy of correspondence between myself and Plaintiff's current counsel that took place on February 17, 2026, in which I summarized to new counsel that the Amended Complaint is "facially defective" because it does not sue the actual broker-dealer and because it attempts to allege an aiding-and-abetting claim which does not exist under Rule 10b-5, and in which I urged Plaintiff's counsel to dismiss Interactive Brokers from this case.

4. Attached as **Exhibit 2** is a true and correct copy of Plaintiff's Amended Complaint (Doc. 6).

I hereby declare that the foregoing statements made by me are true.

Dated: March 16, 2026                               By: */s/ James R. Saywell*
        New York, New York                                   James R. Saywell