# Exhibit 1

**From:** Saywell, James R.
**Sent:** Tuesday, February 17, 2026 11:21 PM
**To:** psverd@sverdlawfirm.com
**Subject:** Today's Call — And Tomorrow's Hearing

Peter:

Very good to talk today in advance of tomorrow's hearing with Judge Kaplan.

As we discussed, the complaint is "facially defective" as to Interactive Brokers Group, Inc., including because it sues only the parent company -- not the actual broker-dealer.

But more than that, as you said, the John Does are the alleged "bad guys," and the broker-dealers are "just around the bad guys."  Or, as the complaint repeatedly says of Interactive Brokers, it "facilitated" the supposedly bad trades.  That's an attempt at an aiding-and-abetting claim -- which does not exist under Rule 10b-5.  And, despite your client's wishes for more discovery and your stated reason for keeping us in the case, you of course cannot use a federal complaint as a means to get discovery about others.

For these and more reasons we discussed today, I would again urge you to dismiss Interactive Brokers from this case.  As previous counsel for your client publicly said, we should avoid "unnecessary motion practice based on facially defective pleadings."  R. 16-2 at 4.

Thank you again for the civil, professional, and frank conversation earlier.  I hope you will communicate to Judge Kaplan what you communicated to us today.

Best,
Jim

James R. Saywell
Partner
[JONES DAY® - One Firm Worldwide℠](#)
901 Lakeside Avenue
Cleveland, OH 44114-1190
Office +1.216.586.7108
Cell +1.440.223.8580