UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD, <br><br> Plaintiff, <br><br> v. <br><br> INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10, <br><br> Defendants. | Civil Action: 1:25-cv-08536 (LAK) |

**DEFENDANT MORGAN STANLEY SMITH BARNEY LLC'S
<u>RULE 7.1 STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant Morgan Stanley Smith Barney LLC hereby states as follows:

Morgan Stanley Smith Barney LLC is a limited liability company whose sole member is Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Morgan Stanley. Morgan Stanley is a publicly held corporation that has no parent corporation. Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc., 4-5, Marunouchi 1-chome, Chiyoda-ku, Tokyo 100 8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock.

Date: March 16, 2026

                                                                                LEADER BERKON COLAO &
                                                                                SILVERSTEIN LLP

                                                                                By: <u>/s/ *Glen Silverstein*</u>
                                                                                      Glen Silverstein, Esq.
                                                                                      <u>gsilverstein@leaderberkon.com</u>

Michael J. Tiffany, Esq.
mtiffany@leaderberkon.com
Daniel A. Johnson
djohnson@leaderberkon.com
630 Third Avenue, 17th Floor
New York, New York 10017

*Attorneys for Defendant Morgan Stanley Smith Barney LLC*