UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD, <br><br> Plaintiff, <br><br> v. <br><br> INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10, <br><br> Defendants. | Civil Action: 1:25-cv-08536 (LAK) <br><br> ORAL ARGUMENT REQUESTED |

**NOTICE OF DEFENDANT MORGAN STANLEY SMITH BARNEY LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Morgan Stanley Smith Barney LLC's Motion to Dismiss the Amended Complaint, dated March 16, 2026, the Declaration of Michael J. Tiffany, dated March 16, 2026, and the exhibit attached thereto, and upon all prior papers and proceedings herein, Defendant Morgan Stanley Smith Barney LLC, through its undersigned counsel, will move this Court, before the Honorable Lewis A. Kaplan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court, for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), dismissing the Amended Complaint (ECF No. 6) in the above-captioned action in its entirety and with prejudice and for other and further relief the Court may deem just and proper.

Date: March 16, 2026

        LEADER BERKON COLAO & SILVERSTEIN LLP

        By: /s/ *Glen Silverstein*
            Glen Silverstein, Esq.
            gsilverstein@leaderberkon.com
            Michael J. Tiffany, Esq.
            mtiffany@leaderberkon.com
            Daniel A. Johnson
            djohnson@leaderberkon.com
            630 Third Avenue, 17th Floor
            New York, New York 10017

        *Attorneys for Defendant Morgan Stanley Smith Barney LLC*