UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XDOOD LLC, derivatively on behalf of ELTEK, LTD,<br><br>                      Plaintiff,<br><br>v.<br><br>INTERACTIVE BROKERS GROUP, INC., MORGAN STANLEY SMITH BARNEY LLC, and JOHN DOES 1-10,<br><br>                      Defendants. | Civil Action: 1:25-cv-08536 (LAK)<br><br>**DECLARATION OF MICHAEL J. TIFFANY IN SUPPORT OF MORGAN STANLEY SMITH BARNEY LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

**MICHAEL J. TIFFANY**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am a partner at the law firm of Leader Berkon Colao & Silverstein LLP, counsel for Morgan Stanley Smith Barney LLC. I am duly admitted to practice law before this Court and I am fully familiar with the facts of this case. I submit this declaration in support of Morgan Stanley Smith Barney LLC's Motion to Dismiss Plaintiff XDOOD LLC's Amended Complaint.

2. Attached as Exhibit A is a true and correct copy of the Verified Petition, filed February 9, 2021 (NYSCEF DOC. NO. 1), in the action *Michael McGauley v. E-TRADE Securities LLC*, Index No. 151395/2021, in the Supreme Court of the State of New York, New York County, which is cited in the Amended Complaint at ¶ 139.

        I declare under the penalty of perjury that the foregoing is true and correct.

                                                        */s/ Michael J. Tiffany*
                                                        MICHAEL J. TIFFANY, ESQ.

Dated: March 16, 2026