# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

MICHAEL McGAULEY,

                              Petitioner,

For an Order pursuant to CPLR 3102(c) to compel disclosure pre action from

E*TRADE SECURITIES LLC,

                              Respondent,

of the identity of the defendants John Does and/or Jane Does being unknown to the Petitioner, in an arbitration about to be commenced.

Index No.:

**VERIFIED PETITION**

       Petitioner Michael McGauley ("McGauley"), as and for its Verified Petition, alleges as follows:

       1.      Petitioner Michael McGauley ("McGauley") is a resident of the State of Massachusetts.

       2.      Upon information and belief, Respondent E*Trade Securities LLC ("E*Trade") is a Delaware limited liability company duly authorized to conduct business in the State of New York and with its principal place of business in New York, State of New York.

       3.      Petitioner McGauley is an account holder with E*Trade. He is a party to the E*Trade Customer Agreement ("Agreement", attached as Exhibit A) with E*Trade for the trading of securities. One of the securities McGauley holds and trades in through E*Trade is a company called Eltek Ltd, which trades on the NASDAQ under the symbol "ELTK." McGauley held a 5% plus ownership of ELTK shares as filed with the SEC and a portion of his shares are held with E*Trade.

       4.      On or about October 16, 2020, E*Trade inexplicably suspended online purchasing

of ELTK. Instead, to purchase ELTK stock through E*Trade, purchasers were required to call in purchase orders. Despite McGauley's requests for an explanation of the suspension of online purchasing, E*Trade has refused to provide one. No other brokers such as TD Ameritrade have suspended online purchasing of ELTK.

5. E*Trade's suspension of online trading of ELTK shares is a violation of the Agreement. The Agreement does not permit E*Trade to target specific securities for arbitrary and capricious suspension of online trading and McGauley fully complied with and performed under the Agreement. Moreover, even if the Agreement does not speak to this issue, E*Trade's actions constitute a breach of the implied covenant of good faith and fair dealing in the Agreement.

6. As such, McGauley has viable causes of action against E*Trade. Because the Agreement contains an arbitration clause to take place in New York, New York through FINRA, McGauley intends to commence arbitration against E*Trade. However, because McGauley believes that other parties are also responsible for the illicit suspension of online trading, McGauley requires documents and the deposition of an organizational representative of E*Trade to determine what third parties tortiously interfered with McGauley's Agreement, causing E*Trade to suspend online trading in the ELTK shares, which may include entities affiliated with E*Trade.

7. Because E*Trade has failed to disclose any details regarding the suspension of online trading, McGauley is unable to determine the identities of all responsible parties without pre-action discovery and cannot obtain this information from any other source but E*Trade.

8. Attached hereto as Exhibit B is a proposed order directing E*Trade to disclose identifying information and documents concerning any third parties directing, requesting, contributing to, causing, or influencing E*Trade to suspend online trading in the ELTK stock.

9. No previous application has been made for the relief requested herein.

**WHEREFORE**, it is respectfully requested that an order be issued pursuant to CPLR § 3102(c), for pre-action disclosure, and compelling Respondent E*Trade Securities LLC to identify all information and documents concerning any third parties directing, requesting, contributing to, causing, or influencing E*Trade to suspend online trading in the ELTK stock.

Dated: New York, New York
February 8, 2021

KOFFSKY SCHWALB LLC
By: /s/ Steven A. Weg
Steven A. Weg
500 Seventh Avenue, 8th Floor
New York, New York 10018
(646) 553-1590
sweg@koffskyschwalb.com

CAMARA & SIBLEY L.L.P.
Joe Sibley, Esq. (Pro Hac Vice Pending)
1108 Lavaca Street, Suite 110263
Austin, Texas 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131
sibley@camarasibley.com

*Attorneys for Petitioner*

## VERIFICATION

STATE OF ___Nevada___ }
                     }ss:.
COUNTY OF ___Clark___ }

      Michael McGauley, being duly sworn, deposes and says that: I am the Petitioner in this proceeding. I have read the foregoing Petition and know the contents thereof; that the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe to be true.

*Michael McGauley*
_____
Michael McGauley

Sworn to before me this
_8th_ day of February, 2021.

Jacqueline Harris Thornhill
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 01-69987-1
Expires May 14, 2023

*Jacqueline Harris Thornhill*
_____
Notary Public

Notarized online using audio-video communication

4 of 4