**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

– – – – – – – – – – – – – – – – – – – – – – – – – – – –X

XDOOD LLC, derivatively on behalf of        :
ELTEK, LTD

                      Plaintiff,      :      Case No. 25-cv-08536 (LAK)

                                :

            -against-          :      **NOTICE OF APPEARANCE**

INTERACTIVE BROKERS GROUP, INC.,     :
MORGAN STANLEY SMITH BARNEY LLC, and
JOHN DOES 1–10

               Defendants.     :

– – – – – – – – – – – – – – – – – – – – – – – – – – –X

    **PLEASE TAKE NOTICE** that T. Edward Williams, Esq., who is authorized to practice in this Court,

hereby enters an appearance as counsel of record for XDOOD LLC derivatively on behalf of ELTEK, LTD in

the above-captioned action and demands that all pleadings, motions, documents, and other papers be

served on him through CM/ECF.

21425.1

Dated:    New York, New York
          1 April 2026

Respectfully submitted,

WILLIAMS LLP


By: */s/ T. Edward Williams, Esq.*
420 Lexington Avenue Suite 875
New York, New York 10170
212.417.0430
212.417.0431 (Fax)
Edward@williamsllp.com


TO:
ALL PARTIES OF RECORD

2

21425.1