

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

April 6, 2026

LEWIS A. KAPLAN United
States District Judge United
States Courthouse
500 Pearl Street
New York, NY 10007

   **Re:**  **XDOOD LLC, derivatively on behalf of ELEKTEK, LTD.**
     **-against- INTERACTIVE BROKERS GROUP, INC., Et Al.**
     **Civil Action No.: 1:25-cv-08536 (LAK)**
     <u>**PLAINTIFF'S FIRST REQUEST FOR AN ENLARGMENT OF TIME TO**</u>
     <u>**SERVE OPPOSITION TO MOTIONS TO DISMISS**</u>

Greetings Judge Kaplan:

 The undersigned along with Attorney T. Edward Williams, represent the Plaintiff in this matter. Plaintiff makes this first request for an enlargement of time through April 10, 2026 to serve their opposition to the Defendants' pre-answer motions to dismiss the amended complaint. The deadline set by the Court is today, April 6, 2026. Request for consent to the enlargement of time was made upon the attorneys to the Defendants earlier this afternoon by email, and follow up phone calls to Attorney Michael J. Tiffany representing Morgan Stanley SmithBarney LLC and James R Saywell, Esq. representing Interactive Brokers. No response from either side has been received at the time of this filing.

 Thank you for your courtesy in this matter.

Very truly yours,

<u>*/s/ Peter Sverd*</u>
Peter Sverd, Esq.

TO: All parties by ECF Only