

THE LAW OFFICES OF
# PETER SVERD
P L L C

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖷 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

April 6, 2026

LEWIS A. KAPLAN United
States District Judge United
States Courthouse
500 Pearl Street
New York, NY 10007

        **Re:**    **XDOOD LLC, derivatively on behalf of ELEKTEK, LTD.**
**-against- INTERACTIVE BROKERS GROUP, INC., Et Al.**
**Civil Action No.: 1:25-cv-08536 (LAK)**
**<u>NOTICE OF WITHDRAWAL OF LETTER MOTION FOR</u>**
**<u>ENLARGEMENT OF TIME FOR PLAINTIFF TO OPPOSE MOTION:</u>**
**<u>STIPULATED AMENDMENT TO BRIEFING SCHEDULE TO FOLLOW</u>**

Greetings Judge Kaplan:

    The undersigned along with Attorney T. Edward Williams, represent the Plaintiff in this matter. The attorneys for the Defendants have consented to the Plaintiff's request for an extension of time to file their opposition to the motions to dismiss, through April 10, 2026. In turn, Plaintiff has consented to the Defendants' request that they be given through April 24, 2026 to file their reply papers.

    Accordingly, the Plaintiff is withdrawing its letter motion and pursuant to Your Honor's Part Rules, a stipulation amending the briefing schedule will be uploaded to the Court's Docket in short order.

    Thank you for your courtesy in this matter.

Very truly yours,

*/s/ Peter Sverd*
Peter Sverd, Esq.

TO: All parties by ECF Only