UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
XDOOD LLC, derivatively on behalf of
ELTEK, LTD.,                                                    Civil Action No. 1:25-cv-08536-LAK

                    Plaintiff,

-against-
INTERACTIVE BROKERS GROUP, INC.,          STIPULATION AMENDING BRIEFING
MORGAN STANLEY SMITH BARNEY               SCHEDULE
LLC, et al.,

                  Defendants,
-------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, as follows:

1. Plaintiff's deadline to file its opposition to Defendants' motions to dismiss is extended through April 10, 2026; and

2. Defendants' deadline to file reply papers in further support of their motions to dismiss are extended through April 24, 2026.

3. Facsimile and pdf copies of signatures shall be deemed original for the purpose of this Stipulation, which may be executed in counterparts.

Dated: April 6, 2026
      New York, New York

*/s/ Peter Sverd*
Peter Sverd, Esq.
*Attorneys for Plaintiff XDOOD LLC*
Law Offices of Peter Sverd, PLLC
225 Broadway, Suite 613
New York, New York 10007
646-751-8743

  */s/ Glen Silverstein*
_____
Glen Silverstein, Esq.
*Attorneys for Defendant Morgan
Stanley Smith Barney LLC*
Leader Berkon Colao & Silverstein LLP
630 Third Avenue
New York, New York 10017
212-486-3099

 */s/ James R. Saywell*
_____
James R. Saywell, Esq.
*Attorneys for Defendant Interactive Brokers
Group, Inc.*
Jones Day
901 Lakeside Avenue
Cleveland, OH 4414-1190
216-568-7108

               SO ORDERED: _____