UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
XDOOD LLC, derivatively on behalf of
ELTEK, LTD.,

                              Plaintiff,

-against-

INTERACTIVE BROKERS GROUP, INC.,
MORGAN STANLEY SMITH BARNEY
LLC, et al.,

                              Defendants,
--------------------------------------------------------X

STIPULATION AMENDING BRIEFING
SCHEDULE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4·7·26
Civil Action No. 1:25-cv-08536-LAK

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel
for the parties, as follows:

1. Plaintiff's deadline to file its opposition to Defendants' motions to dismiss is extended through
April 10, 2026; and

2. Defendants' deadline to file reply papers in further support of their motions to dismiss are
extended through April 24, 2026.

3. Facsimile and pdf copies of signatures shall be deemed original for the purpose of this
Stipulation, which may be executed in counterparts.

Dated: April 6, 2026
        New York, New York

/s/ Peter Sverd
Peter Sverd, Esq.
*Attorneys for Plaintiff XDOOD LLC*
Law Offices of Peter Sverd, PLLC
225 Broadway, Suite 613
New York, New York 10007
646-751-8743

/s/ Glen Silverstein
Glen Silverstein, Esq.
*Attorneys for Defendant Morgan*
*Stanley Smith Barney LLC*
Leader Berkon Colao & Silverstein LLP
630 Third Avenue
New York, New York 10017
212-486-3099

/s/ James R. Saywell
James R. Saywell, Esq.
*Attorneys for Defendant Interactive Brokers*
*Group, Inc.*
Jones Day
901 Lakeside Avenue
Cleveland, OH 4414-1190
216-568-7108

Clerk shall terminate
DKT 43

SO ORDERED: _____

4/7/26