UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
XDOOD LLC, derivatively on behalf of ELTEK, LTD,

                      Plaintiff,

                      v.

INTERACTIVE BROKERS GROUP,
INC., MORGAN STANLEY SMITH
BARNEY LLC, JOHN DOES 1-10

                      Defendants.
-------------------------------------------------------------------X

Case No. 1:25-cv-08536 (LAK)

**DECLARATION OF
PETER SVERD, ESQ.**

      **PETER SVERD, ESQ.,** an attorney licensed to practice law before This Courts affirms as follows under the penalties of perjury:

      1.      Your Affiant is a member of the Law Office of Peter Sverd, PLLC, attorneys for the Plaintiff XDOOD LLC, derivatively on behalf of ELTEK, LTD in this case, this Declaration is based upon my conversations with the Plaintiffs, documents provided to me, as well as, documents in the public domain, and on the basis that I believe them to be true.

      2.      I submit this attorney declaration with exhibits attached hereto, along with the accompanying Memorandum of Law in opposition to the Defendant  MORGAN STANLEY SMITH BARNEY's motion to dismiss the complaint in this action, pursuant to *inter alia*, Fed. R. Civ. P. 26(b)(6), 9, 11, 23.1.

      3.      For the reasons more fully set forth in the accompanying documents it is respectfully requested that the defendants motions should be denied in all respects; that Plaintiff be granted leave to interpose the Verification of the First Amended Complaint, a copy of which is attached hereto at **EXHIBIT 1**,  and in the alternative that leave to interpose the Third-Amended Verified Complaint be granted.

4.      Attached hereto a **EXHIBIT 2** is the  Affidavit of Heins Karam, dated June 24, 2021, and filed in the matter of Michael McGauley v. E-Trade Securities, New York State Supreme Court, New York Count, Index No.: 151395/2021, on June 25, 2021.

5.      'Attached hereto a **EXHIBIT 3** is B2 of the Heins Karam Aff. Eltek stock price on December 31, 2020.

6.      When Mr. Karam attempted to purchase shares of Eltek on December 31, 2020, using his E-Trade account, throught website,  he received the following communication:

"Opening order for this security cannot be accepted online at this time. For assistance in placing this order, please contact Customer Service at 1-800- ETRADE...." Id.;  Exh. 2 at ¶ 10.

7.      Attached hereto a **EXHIBIT 4** is  B3 of the Heins Karam Aff.  which includes Text Messages between Mr. Karam and Michael McGauley.

8.      On February 24, 2021, Mr. Karam attempted to purchase shares of Eltek through E-Trade, and wrote to E-Trade customer service asking them:

"How come I'm not able to place a trade online for ELTK? Why do I need to call in to place a trade this is very inconvenient that I need to call and place a trade each time I want to buy or sell ELTK." Exh. 2 at ¶ 13.

9.   E-Trade responded to Mr. Karam on February 24, 2021 stating

"Dear Valued Customer,
We sincerely apologize for the delay in replying to your message.
This is due to recent market volatility driving higher inquiry volumes as well as operational shift changes related to COVID-19. If you still have a question or need additional information, please check out our comprehensive self-service tools below:
If you currently have a restriction on your account, you can learn the type of restriction within your Balances page at www.etrade.com/balances. If you're unsure whether you have a Margin or Cash account, you can view this within your Account Preferences page at http://us.etrade.com/e/t/accounts/AcctPref. This will be listed under "Account Features".
If you are currently experiencing a 90-day Cash restriction in your non-margin (Cash) account, you can learn more about this at https://etrade.com/knowledge/understanding-cash-account-violations.
If you currently have a Pattern Day Trading (PDT) status, you can learn more at https://us.etrade.com/knowledge/library/stocks/day-trading-basics

If you are currently in a call (Margin Call, Fed Call, Day Trade Call, etc.), you can
learn more about this by visiting https://us.etrade.com/e/t/estation/pricing?id=1909000000. This
page provides a list of definitions, as well as explanations for each definition.
If you'd like to view the transactions that have placed you into the current status on
your account, you can review your transactions (Accounts >> Transactions) at
https://us.etrade.com/e/t/accounts/txnhistory, or your Trade Order History (Accounts
>> Orders) at https://us.etrade.com/e/t/invest/vieworders and selecting the Executedn tab.
If you still have a question or need additional information, please review Frequently Asked
Questions (www.etrade.com/faq) which helps answer most
our questions.
Sincerely,
E*TRADE Customer Support"

See **EXHIBIT 5** attached hereto, which is B4 of the Heins Karam Aff. e,mail exchange with E-

Trade Customer Service.

10.     After pressing E-Trade for a more precise explanation, E-Trade responded  to Mr.

Karam on March 10, 2021, explaining:


E*TRADE:

(03/10/2021 11 :46 PM) (Ref No.: 9464486)
Dear Heins Karam,

Thank you for your message regarding your order entry inquiry.

Currently, all orders on ELTK require that instructions be provided over a recorded line. Reasons
for such a requirement vary but may be due to a reorganization or other corporate action that has
not been fully disclosed. To inquire if an order can be accepted on this security, please call customer
service at your convenience. You can then speak with a licensed broker who will review your order
for placement.

This is a requirement for which we cannot make exceptions. If the order can be accepted, you will
not be charged the normal broker assist fee. If you have any further questions, please contact our
Customer Service team at 1-800-ETRADE-1 (1-800-387-2331). Our representatives are available
24 hours a day, seven days a week.
Sincerely,

[REDACTED]
8:15AM - 5:00 PM EST Monday-
Friday 1-800-ETRADE-1
Financial Service Representative
E*TRAD Securities, LLC.

See **EXHIBIT 5**; Exh 2 at ¶¶'s 15,16.

11.     On or about the second week of March 2021, Mr. Karam tried to call E-TRADE Customer Service, as required, to purchase ELTK stock. After more than an hour wait and finally reaching a Customer Service representative, he was told he could not purchase ELTK stock. Exh 2 at ¶ 17.

12.     Attached hereto at **EXHIBIT 6** are the definitions applied to Chapter 3 of the Isreal Companies Law, as well as, Sections 194-198.

13.     Attached hereto at **EXHIBIT 7** is a chart showing the timeline of events prepared by Mchael McGauley.

14.     Attached hereto at **EXHIBIT 8** is red-lined version of the proposed Second-Amended Verified Complaint

15.     Attached hereto at **EXHIBIT 9** is clean version of the proposed Second-Amended Verified Complaint.

16.     Attached hereto at **EXHIBIT 10** is Doc. 25 submitted in the New York State Supreme Court action Index No.: 151395/2021.

17.     Attached hereto at **EXHIBIT 11** is Doc. 37 submitted in the New York State Supreme Court action Index No.: 151395/2021.

18.     Attached hereto at **EXHIBIT 12** is Doc. 25 submitted in the New York State Supreme Court action Index No.: 151395/2021.

Dated: New York, New York
           April 10, 2026

*/s/ Peter Sverd*
Peter Sverd, Esq. (0406)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Peter Sverd
Peter Sverd, Esq.

*Co-Counsel for Plaintiff*
*XDOOD LLC, derivatively on behalf of*
*ELTEK, LTD.*

5