**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

— — — — — — — — — — — — — — — — — — — — — — — — — —X

XDOOD LLC, derivatively on behalf of
ELTEK, LTD

                                 Plaintiff,        :        Case No. 25-cv-08536 (LAK)

                                 :

              -against-             :        **VERIFICATION OF AMENDED COMPLAINT BY MICHAEL MCGAULEY**

INTERACTIVE BROKERS GROUP, INC.,    :
MORGAN STANLEY SMITH BARNEY LLC, and
JOHN DOES 1–10

                        Defendants.    :

— — — — — — — — — — — — — — — — — — — — — — — — — —X

**MICHAEL MCGAULEY**, being duly sworn, deposes and says as follows:

1.     I am of lawful age and of sound mind, and I supply this Verification pursuant to Fed. R. Civ. P. 23.1(b).

2.     I am the managing member and sole owner of Plaintiff, XDOOD LLC.

3.     I am authorized to speak for and make declarations for XDOOD LLC.

4.     I make this verification based on personal knowledge unless I otherwise state that I make a statement upon information and belief.

5.     I read the Amended Complaint before it was filed with this Court. See ECF Doc. No. 6.

21676.1

6.    The facts alleged in the Amended Complaint are true and correct to the best of my knowledge, information, and belief.

7.    I make this Verification pursuant to 28 U.S.C. § 1746, and I certify, verify, and declare under pains and penalty of perjury that this Verification is true and correct.

**[SIGNATURE APPEARS ON THE NEXT PAGE]**

Dated: ___ April 2026

/s/_____
Michael McGauley
As authorized agent and Managing Member for XDOOD LLC

**SWORN TO AND SUBSCRIBED** before me on this ___ day of April, 2026.

_____
Notary Public

BRENDA G. FERNANDEZ
Notary Public
Commonwealth of Massachusetts
My Commission Expires July 20, 2029

21676.1