FILED: NEW YORK COUNTY CLERK 06/25/2021 01:32 PM
NYSCEF DOC. NO. 30
Case 1:25-cv-08536-LAK    Document 47-2    Filed 04/10/26    Page 1 of 5
INDEX NO. 151395/2021
RECEIVED NYSCEF: 06/25/2021

NEW YORK COUNTY SUPREME COURT

| | |
|---|---|
| Michael McGauley | 151395/2021 |
| Plaintiff | |
| -vs- | |
| E-TRADE SECURITIES LLC | |
| Defendant | |

## **AFFIDAVIT**

I, Heins Karam, of Westwood, in Norfolk County, Massachusetts, MAKE OATH AND SAY THAT:

1. I am an E-Trade customer since I started working at Ciena Corporation in 2001.

2. Ciena Corporation uses E-Trade for their corporate stock participation program and therefore I and other Ciena employees must have an E-Trade account.

3. E-Trade is my only stock brokerage account.

4. I have never had any prior problems trading stocks using E-Trade and have always done so electronically using the E-Trade website.

5. I have known Michael McGauley for over 10 years from working with him at Ciena Corporation.

6. I found out about Eltek Ltd.(NASDAQ: ELTK) from Michael McGauley's posts on LinkedIn and speaking with him.

7. On March 10, 2020, I saw Michael McGauley's article about ELTK was published on SeekingAlpha.com. (URL)

Case 1:25-cv-08536-LAK Document 47-2 Filed 04/10/26 Page 2 of 5

8. On September 25, 2020, I saw Michael McGauley's article about ELTK published on TalkMarkets.com. (URL)

9. I continued to monitor Eltek Ltd. stock over the next few months, and I decided in December 2020, that I wanted to purchase Eltek Ltd. stock as I believed it was good investment.

10. I tried to purchase Eltek Ltd. stock via the E-Trade website on Thursday, December 31st, 2020, and I was unable to. After entering the purchase order and clicking the "submit" button, the website displayed to me the following nonexecution message stating, "Opening order for this security cannot be accepted online at this time." and provided a phone number to call customer service. I have never seen a message such as this for any other stock trades I have done, and I did not know why it was showing me this message. In this regard I annex hereto as **Exhibit B2**, a photo of the E-Trade error message displayed after attempting to purchase ELTK stock.

11. I took a screen shot of the error message and sent it to Michael McGauley via a phone text message asking him "How come I can't buy it online and need to call them."
Michael McGauley informed me via text that there was an E-Trade only restriction on ELTK stock and that every other brokerage firm allows you to buy directly online. I wrote back to him "Bummer: I will wait and call them when the baby wakes up"
In this regard I annex hereto as **Exhibit B3**, a copy of my phone text conversation with Michael McGauley on December 31, 2020.

12. I was unable to purchase ELTK stock on December 31, 2020, due to the E-Trade phone call only purchase requirement. At the time ELTK was trading at approximately $5.04. In this regard I reference annex, **Exhibit B2**.

13. February 24, 2021, I again tried to purchase ELTK stock through E-Trade. This time I wrote to E-Trade customer service asking them
"How come I'm not able to place a trade online for ELTK? Why do I need to call in to place a trade this is very inconvenient that I need to call and place a trade each time I want to buy or sell ELTK".
In this regard, I annex hereto as **Exhibit B4**, a copy of my e-mail exchange with E-Trade customer service.

Case 1:25-cv-08536-LAK   Document 47-2   Filed 04/10/26   Page 3 of 5

14. February 25, 2021, E-Trade customer service responded to my e-mail question with the answer:

"Dear Valued Customer,

We sincerely apologize for the delay in replying to your message.

This is due to recent market volatility driving higher inquiry volumes as well as operational shift changes related to COVID-19. If you still have a question or need additional information, please check out our comprehensive self-service tools below:

If you currently have a restriction on your account, you can learn the type of restriction within your Balances page at www.etrade.com/balances. If you're unsure whether you have a Margin or Cash account, you can view this within your Account Preferences page at http://us.etrade.com/e/t/accounts/AcctPref. This will be listed under "Account Features".

If you are currently experiencing a 90-day Cash restriction in your non-margin (Cash) account, you can learn more about this at https://etrade.com/knowledge/understanding-cash-account-violations.

If you currently have a Pattern Day Trading (PDT) status, you can learn more at https://us.etrade.com/knowledge/library/stocks/day-trading-basics

If you are currently in a call (Margin Call, Fed Call, Day Trade Call, etc.), you can learn more about this by visiting https://us.etrade.com/e/t/estation/pricing?id=1909000000. This page provides a list of definitions, as well as explanations for each definition.

If you'd like to view the transactions that have placed you into the current status on your account, you can review your transactions (Accounts >> Transactions) at https://us.etrade.com/e/t/accounts/txnhistory, or your Trade Order History (Accounts >> Orders) at https://us.etrade.com/e/t/invest/vieworders and selecting the Executed tab.

If you still have a question or need additional information, please review our Frequently Asked Questions (www.etrade.com/faq) which helps answer most

Case 1:25-cv-08536-LAK    Document 47-2    Filed 04/10/26    Page 4 of 5

questions.

Sincerely,
E*TRADE Customer Support"

In this regard I reference annex **Exhibit B4**

15. February 26, 2021, I wrote back to E-Trade customer support saying:
"This reply makes no sense, I'm asking why I can't trade ELTK online like other companies that I have been trading with you for more than 15 years. no restrictions on my account.
Please reply with an answer that makes sense not a generic reply."

In this regard I reference annex **Exhibit B4**

16. March 10, 2021, I received the following e-mail reply from E-TRADE Financial Service Representative.

"Dear Heins Karam,

Thank you for your message regarding your order entry inquiry.

**Currently, all orders on ELTK require that instructions be provided over a recorded line.** Reasons for such a requirement vary but may be due to a reorganization or other corporate action that has not been fully disclosed. To inquire **if an if an order can be accepted on this security**, please call customer service at your convenience. You can then speak with a licensed broker who will review your order for placement.

This is a requirement for which we cannot make exceptions. If the order can be accepted, you will not be charged the normal broker assist fee. If you have any further questions, please contact our Customer Service team at 1-800-ETRADE-1 (1-800-387-2331). Our representatives are available 24 hours a day, seven days a week.

Sincerely,

<<<REDACTED>>>

8:15AM - 5:00 PM EST Monday- Friday

1-800-ETRADE-1

Financial Service Representative

E*TRAD Securities, LLC."

In this regard I reference annex **Exhibit B4**

17. On or about the second week of March 2021, I tried to call E-TRADE Customer Service, as required, to purchase ELTK stock. After more than an hour wait and finally reaching a Customer Service representative, I was told I could not purchase ELTK stock.

18. I gave up purchasing ELTK as it is a far too difficult and time-consuming process in the middle of the working day. I have a family and a job. I am not able to trade stocks by calling E-Trade in the middle of the working day and spending over an hour to make a purchase.

I, Heins Karam, once again swear that the information in my sworn statement above is a complete representation of the facts to the best of my knowledge.

State of Virginia    County of Prince William

SUBSCRIBED AND SWORN TO BEFORE

ME, on the

__24__ day of __June__ , __2021__

Signature _Amahd Abasi Richburg_ (Seal)

Amahd Abasi Richburg

NOTARY PUBLIC

My Commission expires: __04/30/2025__

Commission Number:  7910516

_Heins Karam_

(Signature)

Heins Karam

Amahd Abasi Richburg

COMMONWEALTH OF VIRGINIA • ELECTRONIC NOTARY PUBLIC

(N)

REGISTRATION NUMBER
7910516
COMMISSION EXPIRES
April 30, 2025

Notarized online using audio-video communication