

How come I can't buy it online and need to call them.

E*TRADE only restriction

Every other brokerage firm allows you to buy directly online



Bummer.
I will wait and call them when the baby wakes up



Happy new year brother.

E*TRADE added this restriction after Oct 16 th reading