INDEX NO. 151395/2021
Case 1:25-cv-08536-LAK   Document 47-5   Filed 04/10/26   Page 1 of 2
RECEIVED NYSCEF: 06/25/2021

**E*TRADE:**
(03/10/2021 11:46 PM) (Ref No.: 9464486)
Dear Heins Karam,

Thank you for your message regarding your order entry inquiry.

Currently, all orders on ELTK require that instructions be provided over a recorded line. Reasons for such a requirement vary but may be due to a reorganization or other corporate action that has not been fully disclosed. To inquire if an if an order can be accepted on this security, please call customer service at your convenience. You can then speak with a licensed broker who will review your order for placement.

This is a requirement for which we cannot make exceptions. If the order can be accepted, you will not be charged the normal broker assist fee. If you have any further questions, please contact our Customer Service team at 1-800-ETRADE-1 (1-800-387-2331). Our representatives are available 24 hours a day, seven days a week.

Sincerely,

[REDACTED]
8:15AM - 5:00 PM EST Monday- Friday
1-800-ETRADE-1
Financial Service Representative
E*TRAD Securities, LLC.

**YOU:**
(02/26/2021 06:53 AM) (Ref No.: 9464486)

This reply makes no sense, I'm asking why I can't trade ELTK online like other companies that I have been trading with you for more than 15 years. no restrictions on my account.
Please reply with an answer that makes sense not a generic reply.

**E*TRADE:**
(02/25/2021 09:33 PM) (Ref No.: 9464486)
Dear Valued Customer,

We sincerely apologize for the delay in replying to your message.

This is due to recent market volatility driving higher inquiry volumes as well as operational shift changes related to COVID-19. If you still have a question or need additional information, please check out our comprehensive self-service tools below:

If you currently have a restriction on your account, you can learn the type of restriction within your Balances page at www.etrade.com/balances. If you're unsure whether you have a Margin or Cash account, you can view this within your Account Preferences page at http://us.etrade.com/e/t/accounts/AcctPref. This will be listed under "Account Features".

Case 1:25-cv-08536-LAK    Document 47-5    Filed 04/10/26    Page 2 of 2

If you are currently experiencing a 90-day Cash restriction in your non-margin (Cash) account, you can learn more about this at https://etrade.com/knowledge/understanding-cash-account-violations.

If you currently have a Pattern Day Trading (PDT) status, you can learn more at https://us.etrade.com/knowledge/library/stocks/day-trading-basics

If you are currently in a call (Margin Call, Fed Call, Day Trade Call, etc.), you can learn more about this by visiting https://us.etrade.com/e/t/estation/pricing?id=1909000000. This page provides a list of definitions, as well as explanations for each definition.

If you'd like to view the transactions that have placed you into the current status on your account, you can review your transactions (Accounts >> Transactions) at https://us.etrade.com/e/t/accounts/txnhistory, or your Trade Order History (Accounts >> Orders) at https://us.etrade.com/e/t/invest/vieworders and selecting the Executed tab.

If you still have a question or need additional information, please review our Frequently Asked Questions (www.etrade.com/faq) which helps answer most questions.

Sincerely,

E*TRADE Customer Support

**YOU:**
(02/24/2021 02:23 PM) (Ref No.: 9464486)
How come I'm not able to place a trade online for ELTK? Why do I need to call in to place a trade this is very inconvenient that I need to call and place a trade each time I want to buy or sell ELTK.

Regards,
*Heins*