Exhibit 7

# TIMELINE PER AMENDED
# COMPLAINT



**2019**
**Jan - June**

**March**

Early Hours
Trading Graphic
(AC ¶¶ 58)

**May**
"Initial Trading Surge and
Profitability Milestone"(AC ¶¶
79, 80, 81)

**June**
"Elevated trading activity"
(AC ¶ 82, 83)

**2019**
**July - Dec**

**August**

"Eltek filed an SEC
Form F-3 shelf
offering" (AC ¶ 69, 93)

**November**

**Start Relevant Time Period** (AC ¶¶ 1, 19, 20, 137) JDMS (AC ¶ 67)
Eltek Q3 2019 earning, subsequent trading (AC ¶¶ 84-87)

"E*TRADE underwent extraordinary growth" prior to "acquisition by MSSB" (AC ¶ 39)

**2020**
**Jan - June**

**Jan**

Short Share Activity
(AC ¶¶ 87, 88)

**March**

StockTwits.com posts
from Dean Chin, ATS
Data (AC ¶¶ 89, 90)

**April**

April 14, 2020, McGauley submitted
the initial results of their investigation
and suspicious Eltek stock trading
events to the SEC (AC ¶ 138)

**Continues on Next Page**

# TIMELINE PER AMENDED
# COMPLAINT (CONTINUED)

## 2020
**July - Dec**

<u>"In the fourth quarter of 2020, E*TRADE was the third largest retail platform" (AC ¶ 5)</u>

**October**

Early Hours Trading Graphic (AC ¶¶ 58) "MSSB, completed the acquisition of E*TRADE Financial Corporation" (AC ¶ 26) "Fraudulent market manipulation" (AC ¶¶ 3, ) Trading activity (AC ¶¶ 71-74, 76-78) "MSSB's Fraud Operations Unit" "P-Trade Policy" (AC ¶¶ 3, 4, 7, 41, 47, 48, 68, 75)

**Dec**

"MSSB customer Heins Karam ('Karam')" attempted purchase ELTK (AC ¶ 42)

**Jan**

"McGauley spoke with Giovanni" ThinkEquity (AC ¶¶ 91, 92)

## 2021
**Jan - June**

**Feb**
New York States Court, McGauley v. E*TRADE (AC ¶ 139)

**March**
Post Market Trading Activity (AC ¶¶ 94, 95)

**May**

Karam received "e-mail from MSSB" (AC ¶¶ 43, 44)

MSSB terminated McGauley's "account and stonewalled him" (AC ¶ 46)

trading activity "MSSB was not a primary market participant", "JDMS shareholders using other brokers were responsible" (AC ¶¶ 96-98)

**July**

MSSB admitted that MSSB's "Fraud Operations Unit" (AC ¶ 40)

## 2021
**July - Dec**

**Septmber**

Offer to purchase McGauley's shares (AC ¶¶ 99-101)

**Dec**

McGauley "tried to discover the reason for" the P-Trade Policy (AC ¶ 45)

**Continues on Next Page**

# TIMELINE PER AMENDED
# COMPLAINT (CONTINUED)



**2022**

**Jan - June**

**Jan**

"MSSB's counsel affirmatively refused to answer" questions (AC ¶ 45)

**March**

Eltek "shareholder equity was greater than the closing price" (AC ¶ 102)

**2022**

**July - Dec**

**2023**

**Jan -June**

**April**

"Zacks Small-Cap Research ("Zacks SCR") published", and following activity (AC ¶¶ 103-105)

**May**

May 18, 2023 Eltek released Q1 2023 Financial Results "first day Eltek traded above its 345-day trading near equity pricing." (AC ¶¶ 103-105)

**Continues on Next Page**

## TIMELINE PER AMENDED
## COMPLAINT (CONTINUED)



**2023**

**July - Dec**

**Sept**

"E*TRADE began the process of transferring accounts, assets and obligations to MSSB" (AC ¶ 27)

**2024**

**Jan - June**

**Feb**

Eltek Trading and $10 million public offering (AC ¶¶ 107-109)

SEC 6-K Company filing, "SEC 6-K underwriting agreement between Eltek and ThinkEquity" (AC ¶¶ 121-122)

**2024**

**July - Dec**

**Continues on Next Page**

# TIMELINE PER AMENDED COMPLAINT (CONTINUED)



**2025**
**Jan - June**

**March**

March 18, 2025
Shortable Shares at IBKR,
"quiet-close-out" (AC ¶¶ 110-111)

**June**

June 23, 2025 Trading activity, "Three Halts
within 22 Minutes and 27 Seconds"
(AC ¶¶ 112-114)

**2025**
**July - Dec**

**August**

JDMS underlying
manipulation schemes
are still ongoing
(AC ¶ 6)

**September**

XDOOD made
demand upon Eltek
(AC ¶ 22)

**October**

Original Complaint
Filed October 15,
2025

**2026**
**Jan - June**