Case 1:25-cv-08536-LAK    Document 47-11    Filed 04/10/26    Page 1 of 2

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | | |
|---|---|---|---|
| **PRESENT:** | **HON. LAURENCE LOVE** | **PART** | **63M** |
| | *Justice* | | |

----------------------------------------------------------------------------X

MICHAEL MCGAULEY

                                    Petitioner,

                    - v -

E-TRADE SECURITIES LLC,

                                    Respondent.

----------------------------------------------------------------------------X

| | |
|---|---|
| **INDEX NO.** | 151395/2021 |
| **MOTION DATE** | 06/28/2021 |
| **MOTION SEQ. NO.** | 001 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 4, 14, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35

were read on this motion to/for            DISCOVERY - PRE-ACTION            .

Upon the foregoing documents, it is

The following read on petitioner's motion for pre-action discovery, per CPLR 3102(c). Petitioner maintains an account with respondent E-Trade Securities, LLC ("E-Trade"). Petitioner has a domicile in Massachusetts and respondent is a Delaware Limited Liability Company authorized to conduct business in New York and a principal place of business in New York.

Petitioner alleges violations s of the E-Trade Customer Agreement when, "[o]ne of the securities McGauley holds and trades in through E-Trade is a company called Eltek Ltd, which trades on the NASDAQ under the symbol 'ELTK.' McGauley held a 5% plus ownership of ELTK shares as filed with the SEC and a portion of his shares are held with E-Trade. On or about October 16, 2020, E-Trade inexplicably suspended online purchasing of ELTK. Instead, to purchase ELTK stock through E-Trade, purchasers were required to call in purchase orders" (see NYSCEF Doc. No. 1 Pars. 3, 4).

**151395/2021   MCGAULEY, MICHAEL vs. E-TRADE SECURITIES LLC**                    **Page 1 of 2**
**Motion No.  001**

Case 1:25-cv-08536-LAK    Document 47-11    Filed 04/10/26    Page 2 of 2

The petition seeks to "[d]irecting E-Trade Securities LLC to produce complete and accurate copies of all documents containing information as to the identity of any third parties directing, requesting, contributing to, causing, or influencing E-Trade Securities LLC to suspend online trading of Eltek Ltd, which trades on the NASDAQ under the symbol 'ELTK'" (see NYSCEF Doc. No. 4 Par. 1).

Respondent's memorandum of law in opposition states, "the subject matter of the anticipated litigation is subject to an enforceable arbitration agreement that calls for any dispute between the parties to be arbitrated before the Financial Industry Regulatory Authority ("FINRA")."

CPLR 3102(c) states, "before an action is commenced, disclosure to aid in bringing an action, to preserve information or to aid in arbitration, may be obtained, but only by court order."

"[S]ince the parties have chosen an arbitral, rather than judicial, tribunal for their case, they should ordinarily seek their disclosure before the arbitrators" (see *Shannon Constr, LLC v. Equinox Fitness 92nd St.*, 2018 NY Slip Op 33211 (U)(Sup. Ct. N.Y. Cty. Dec. 12, 2018). "[T]he matter of disclosure is better handled directly between the parties in the arbitration rather than through resort to the courts" (see *Hooper v. Motor Vehicle Acci. Indemnification Corp.*, 42 Misc. 2d 446 [Sup. Ct. N.Y. Cty. Dec. 30, 1963].

ORDERED that petitioner's motion for pre-action discovery, CPLR 3102(c), is DENIED.

| 9/29/2021 | | | | |
|---|---|---|---|---|
| **DATE** | | | **LAURENCE LOVE, J.S.C.** | |
| **CHECK ONE:** | ☐ CASE DISPOSED | | X NON-FINAL DISPOSITION | |
| | ☐ GRANTED | X DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| **APPLICATION:** | ☐ SETTLE ORDER | | ☐ SUBMIT ORDER | |
| **CHECK IF APPROPRIATE:** | ☐ INCLUDES TRANSFER/REASSIGN | | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

**151395/2021   MCGAULEY, MICHAEL vs. E-TRADE SECURITIES LLC** 

**Motion No.  001**

Page 2 of 2