**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

– – – – – – – – – – – – – – – – – – – – – – – – – – –X

XDOOD LLC, derivatively on behalf of        :
ELTEK, LTD

                          Plaintiff,        :        Case No. 25-cv-08536 (LAK)

                                       :

               -against-        :        **DECLARATION OF T. EDWARD**
                                        **WILLIAMS, ESQ. IN SUPPORT**
                                        **OF    PLAINTIFF    XDOOD'S**
                                        **RESPONSE IN OPPOSITION TO**
                                        <u>**IBKR'S MOTION TO DISMISS**</u>

INTERACTIVE BROKERS GROUP, INC.,        :
MORGAN STANLEY SMITH BARNEY LLC, and
JOHN DOES 1–10

                      Defendants.        :

– – – – – – – – – – – – – – – – – – – – – – – – – – –X

       I, T. Edward Williams, hereby declare as follows:

       1.      I am an attorney with the law firm Williams LLP, attorney for Plaintiff, XDOOD, in the above captioned action.

       2.      Attached hereto as Exhibits 1 through 3, are true and accurate copies of Plaintiff's Proposed Second Amended Complaint, certain SEC filings accessed through Wolters Kluwer, and certain timeline created by Plaintiff, XDOOD for purposes of demonstrating the timeliness of its claims as against IBKR.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

21699.1

Dated:   New York, New York
         10 April 2026

Respectfully submitted,

WILLIAMS LLP

By: */s/ T. Edward Williams, Esq.*
420 Lexington Avenue Suite 875
New York, New York 10170
212.417.0430
212.417.0431 (Fax)
Edward@williamsllp.com

21699.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10 April 2026, a true and correct copy of the foregoing **DECLARATION OF T. EDWARD WILLIAMS, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO IBKR'S MOTION TO DISMISS**, with any and all attachments, was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ T. Edward Williams, Esq.*
WILLIAMS LLP

Counsel for Plaintiff XOOD

21699.1