**EXHIBIT 2 | Case No. 1:25-cv-08536 (LAK)**

# EXHIBIT 2: CERTAIN FILINGS IBKR MADE WITH THE SEC

21553.1

EXHIBIT 2 | Case No. 1:25-cv-08536 (LAK)

Interactive Brokers Group Inc. ("IBKR")
SEC") Annual Report Filings Pursuant to Section 13 or 15(d) of the Exchange Act of 1934

## IBKR Form 10-K for the Year Ended December 31, 2025

SEC Filing URL:
https://www.sec.gov/Archives/edgar/data/1381197/000138119726000062/ibkr-20251231.htm
Permalink:
https://perma.cc/F38Y-6NHF
Exhibit 21.1 Subsidiaries of the registrant URL:
https://www.sec.gov/Archives/edgar/data/1381197/000138119726000062/ibkr-ex21_1.htm
Perma.cc Link: https://perma.cc/AR74-SFM6

This exhibit contains highlighted excerpts from IBKR's 2025 Form 10-K and its Exhibit 21.1
("Subsidiaries of the Registrant"). All excerpts appear as figures below, presented for clarity and
ease of reference.

### Figure 1. Source: IBKR Form 10-K (2025), Header

sec.gov/Archives/edgar/data/1381197/000138119726000062/ibkr-20251231.htm

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-K**

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the year ended December 31, 2025

Commission File Number: 001-33440

**INTERACTIVE BROKERS GROUP, INC.**
(Exact name of registrant as specified in its charter)

| Delaware | 30-0390693 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**One Pickwick Plaza**
**Greenwich, Connecticut 06830**
(Address of principal executive office)

**(203) 618-5800**
(Registrant's telephone number, including area code)

21553.1

EXHIBIT 2 | Case No. 1:25-cv-08536 (LAK)

## Figure 2. Source: IBKR Form 10-K (2025), p.2

**PART I**

**ITEM 1. BUSINESS**

**Overview**

Interactive Brokers Group, Inc. ("IBG, Inc." or the "Company") is an automated global broker. We custody and service accounts for hedge and mutual funds, exchange-traded funds ("ETFs"), registered investment advisors, proprietary trading groups, introducing brokers and individual investors. We specialize in routing orders and executing and processing trades in stocks, options, futures, foreign exchange instruments ("forex"), bonds, mutual funds, ETFs, precious metals, and forecast contracts on more than 170 electronic exchanges and market centers in 40 countries and 29 currencies around the world. In addition, our customers can use our trading platform to trade certain cryptocurrencies through third-party cryptocurrency service providers that execute, clear and custody the cryptocurrencies. In the United States of America ("U.S."), we conduct our business primarily from our headquarters in Greenwich, Connecticut and from Chicago, Illinois. Abroad, we conduct our business through offices located in Canada, the United Kingdom, Ireland, Switzerland, Hungary, Dubai, India, China (Hong Kong and Shanghai), Japan, Singapore and Australia. As of December 31, 2025, we had 3,182 employees worldwide.

IBG, Inc. is a holding company whose primary asset is the ownership of approximately 26.3% of the membership interests of IBG LLC, the current holding company for our businesses. IBG, Inc. is the sole managing member of IBG LLC.

When we use the terms "we," "us," "our," and "IBKR," we mean IBG, Inc. and its subsidiaries (including IBG LLC). Unless otherwise indicated, the terms "common stock" and "IBKR shares" refer to the Class A common stock of IBG, Inc.

**Highlighted Text Above (Typed for Clarity):**

"ITEM 1. BUSINESS

Overview

Interactive Brokers Group, Inc. ("IBG, Inc." or the "Company") is an automated global broker."

"IBG, Inc. is a holding company whose primary asset is the ownership of approximately 26.3% of the membership interests of IBG LLC, the current holding company for our businesses. IBG, Inc. is the sole managing member of IBG LLC.

When we use the terms "we," "us," "our," and "IBKR," we mean IBG, Inc. and its subsidiaries (including IBG LLC)."

## Figure 3. Source: IBKR Form 10-K (2025), p.2

On August 28, 2025, we joined the S&P 500 Index. Our inclusion in the S&P 500 represents a significant milestone in recognition of our financial performance, sustained profitability, market capitalization, technology-driven business model, consistent growth in client accounts and assets, and our position as a leading global automated brokerage platform serving individual and institutional customers worldwide. Our addition to the S&P 500 has resulted in increased ownership by index funds and exchange-traded funds that track the index, broadening our institutional investor base and enhancing the liquidity and trading depth of our common stock.

**Available Information**

Our internet address is www.interactivebrokers.com and the investor relations section of our website is located at www.interactivebrokers.com/ir. We make available free of charge, on or through the investor relations section of our website, this Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K and amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as well as proxy statements, registration statements, prospectus supplements and Section 16 filings for our directors and officers, as soon as reasonably practicable after we electronically file such material with, or furnish it to, the U.S. Securities and Exchange Commission ("SEC"). The SEC maintains an

**Highlighted Text Above (Typed for Clarity):**

"…our position as a leading global automated brokerage platform serving individual and institutional customers worldwide."

"Our internet address is www.interactivebrokers.com and the investor relations section of our website is located at www.interactivebrokers.com/ir."

EXHIBIT 2 | Case No. 1:25-cv-08536 (LAK)

**Figure 4. Source: IBKR Form 10-K (2025), p.3**



**Highlighted Text Above – Source page 3 of 10-K (Typed for Clarity):**
"Interactive Brokers Group, Inc. (IBG, Inc.)"
"(Nasdaq: IBKR)"
"Sole managing member"
"IBG LLC"

21553.1

EXHIBIT 2 | Case No. 1:25-cv-08536 (LAK)

## Figure 5. Source: IBKR Form 10-K (2025), p.21

*We depend on IBG LLC to distribute cash to us in amounts sufficient to pay our tax liabilities and other expenses.*

We are a holding company, and our primary assets are our approximately 26.3% equity interest in IBG LLC and our controlling interest and related rights as the sole managing member of IBG LLC. As such, we operate and control all of the business and affairs of IBG LLC and are able to consolidate IBG LLC's financial results into our financial statements. We have no independent means of generating revenues. IBG LLC is treated as a partnership for U.S. federal income tax purposes and, as such, is not subject to U.S. federal income tax. Instead, its taxable income is allocated on a pro rata basis to Holdings and us. Accordingly, we incur income taxes on our proportionate share of the net taxable income of IBG LLC, as well as expenses related to our operations. We intend to cause IBG LLC to distribute cash to its members in amounts at least equal to that necessary to cover their tax liabilities, if any, with respect to the earnings of IBG LLC. To the extent we need funds to pay such taxes, or for any other purpose, and IBG LLC is unable to provide such funds, it could have a material adverse effect on our business, financial condition and results of operations.

21

**Highlighted Text Above (Typed for Clarity):**

"We are a holding company, and our primary assets are our approximately 26.3% equity interest in IBG LLC and our controlling interest and related rights as the sole managing member of IBG LLC. As such, we ==operate and control== all of the business and affairs of IBG LLC and are able to consolidate IBG LLC's financial results into our financial statements. We have no independent means of generating revenues. IBG"

## Figure 6. Source: IBKR Form 10-K (2025), p.27

Domestic and foreign stock exchanges, other self-regulatory organizations and state and foreign securities commissions can censure, fine, issue cease-and-desist orders, suspend or expel a broker-dealer or any of its officers or employees. Our ability to comply with all applicable laws and rules is largely dependent on our internal systems to ensure compliance, as well as our ability to attract and retain qualified compliance personnel. We could be subject to disciplinary or other actions in the future due to claimed noncompliance, which could have a material adverse effect on our business, financial condition and results of operations. To continue to operate and to expand our services internationally, we may have to comply with the regulatory controls of each country in which we conduct, or intend to conduct business, the requirements of which may not be clearly defined. The varying compliance requirements of these different regulatory jurisdictions, which are often unclear, may limit our ability to continue existing international operations and further expand internationally.

*We are subject to risks relating to litigation and potential securities laws liability.*

We are exposed to substantial risks of liability under federal and state securities laws, other federal and state laws and court decisions, as well as rules and regulations promulgated by the SEC, the CFTC, the Federal Reserve, state securities regulators, self-regulatory organizations and foreign regulatory agencies. We are also subject to the risk of litigation and claims that may be without merit. We could incur significant legal expenses in defending ourselves against and resolving lawsuits or claims. An adverse resolution of any future lawsuits or claims against us could result in a negative perception of the Company and have a material adverse effect on our

**Highlighted Text Above – Source page 27 of 10-K (Typed for Clarity):**

"To continue ==to operate== and to expand our services internationally, we may have to comply with the regulatory controls of each country in which we conduct, or intend to conduct business, the requirements of which may not be clearly defined."

"***We are subject to risks relating to litigation and potential securities laws liability.***"

EXHIBIT 2 | Case No. 1:25-cv-08536 (LAK)

## Figure 7. Source: IBKR Form 10-K (2025), p.34

**ITEM 2. PROPERTIES**

Our headquarters are located in Greenwich, Connecticut. We lease office and data center facilities in 34 cities throughout the world where we conduct our operations as set forth below. We believe our present facilities, together with our current options to extend lease terms, are adequate for our current needs.

The table below presents certain information with respect to our leased facilities as of December 31, 2025.

| Location | Space (sq. feet) | Principal Usage |
|---|---|---|
| **North America** | | |
| Greenwich, CT | 163,510 | Headquarters |
| Chicago, IL | 163,106 | Office space and data center |
| New York, NY | 22,916 | Office space |
| Other (11 locations) | 37,252 | Office space and data center |
| **Europe** | | |
| Zug, Switzerland | 36,635 | Office space |
| Budapest, Hungary | 29,073 | Office space |
| Dublin, Ireland | 17,982 | Office space and data center |
| London, United Kingdom | 17,457 | Office space |
| Tallinn, Estonia | 12,731 | Office space |
| Other (4 locations) | 2,762 | Office space and data center |
| **Asia - Pacific** | | |
| Mumbai, India | 198,423 | Office space and data center |
| Hong Kong | 26,020 | Office space and data center |
| Other (9 locations) | 18,186 | Office space and data center |
| | 34 | |

**Highlighted Text Above (Typed for Clarity):**

"We lease office and data center facilities in 34 cities throughout the world where we conduct our operations as set forth below."

## Figure 8. Source: IBKR Form 10-K (2025), p.38

**Business Overview**

We are an automated global broker. We custody and service accounts for hedge and mutual funds, ETFs, registered investment advisors, proprietary trading groups, introducing brokers and individual investors. We specialize in routing orders and executing and processing trades in stocks, options, futures, forex, bonds, mutual funds, ETFs and precious metals on more than 170 electronic exchanges and market centers in 40 countries and 29 currencies around the world. In addition, our customers can use our trading platform to trade certain cryptocurrencies through third-party cryptocurrency service providers that execute, clear and custody the cryptocurrencies. We also offer trading in forecast contracts, which are event-based contracts traded on ForecastEx, a CFTC-registered exchange and clearinghouse we established.

**Highlighted Text Above – Source page 38 of 10-K (Typed for Clarity):**

"Business Overview
We are an automated global broker."

21553.1

**EXHIBIT 2 | Case No. 1:25-cv-08536 (LAK)**

## Figure 9. Source: IBKR Form 10-K (2025), p.49

> *Noncontrolling Interest*
>
> We are the sole managing member of IBG LLC and, as such, operate and control all of the business and affairs of IBG LLC and its subsidiaries and consolidate IBG LLC's financial results into our financial statements. As of December 31, 2025, we held approximately 26.3% ownership interest in IBG LLC and Holdings held approximately 73.7% ownership interest in IBG LLC. We reflect Holdings' ownership as a noncontrolling interest in our consolidated statements of financial condition, consolidated statements of comprehensive income, consolidated statements of changes in equity and consolidated statements of cash flows. Our share of IBG LLC's net income, excluding Holdings' noncontrolling interest, for the current year was approximately 26.0%, compared to approximately 25.6% for the prior year.

**Highlighted Text Above (Typed for Clarity):**

"We are the sole managing member of IBG LLC and, as such, operate and control all of the business and affairs of IBG LLC and its subsidiaries and consolidate IBG LLC's financial results into our financial statements."

## Figure 10. Source: IBKR Form 10-K (2025), p.67

> **Interactive Brokers Group, Inc. and Subsidiaries**
> **Notes to Consolidated Financial Statements**
>
> **1. Organization of Business**
>
> Interactive Brokers Group, Inc. ("IBG, Inc.") is a Delaware holding company whose primary asset is its ownership of approximately 26.3% of the membership interests of IBG LLC, which, in turn, owns operating subsidiaries (collectively, "IBG LLC"). IBG, Inc. together with IBG LLC and its consolidated subsidiaries (collectively, "the Company"), is an automated global broker specializing in executing and clearing trades in stocks, options, futures, foreign exchange instruments, bonds, mutual funds, exchange-traded funds ("ETFs"), precious metals, and forecast contracts on more than 170 electronic exchanges and market centers around the world and offering custody, prime brokerage, securities and margin lending services to customers. In addition, the Company's customers can use its trading platform to trade certain cryptocurrencies through third-party cryptocurrency service providers that execute, clear and custody the cryptocurrencies. In the United States of America ("U.S."), the Company conducts its business primarily from its headquarters in Greenwich, Connecticut and from Chicago, Illinois. Abroad, the Company conducts its business through offices located in Canada, the United Kingdom, Ireland, Switzerland, Hungary, Dubai, India, China (Hong Kong and Shanghai), Japan, Singapore, and Australia. As of December 31, 2025, the Company had 3,182 employees worldwide.

**Highlighted Text Above (Typed for Clarity):**

"Interactive Brokers Group, Inc. ("IBG, Inc.") is a Delaware holding company whose primary asset is its ownership of approximately 26.3% of the membership interests of IBG LLC, which, in turn, owns operating subsidiaries (collectively, "IBG LLC"). IBG, Inc. together with IBG LLC and its consolidated subsidiaries (collectively, "the Company"), is an automated global broker specializing…"

**EXHIBIT 2 | Case No. 1:25-cv-08536 (LAK)**

## Figure 11. Source: IBKR Form 10-K (2025), p.100

**Interactive Brokers Group, Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements**

*Geographic Information*

The Company operates its automated global business in the U.S. and international markets on more than 170 electronic exchanges and market centers. A significant portion of the Company's net revenues is generated by subsidiaries operating outside the U.S. International operations are conducted in 39 countries in Europe, Asia/Pacific and the Americas (outside the U.S.). The following table presents total net revenues and income before income taxes by geographic area for the periods indicated.

**Highlighted Text Above (Typed for Clarity):**

"The Company operates its automated global business in the U.S. and international markets on more than 170 electronic exchanges and market centers. A significant portion of the Company's net revenues is generated by subsidiaries operating outside the U.S. International operations are conducted in 39 countries in Europe, Asia/Pacific and the Americas (outside the U.S.)."

21553.1

EXHIBIT 2 | Case No. 1:25-cv-08536 (LAK)

## Figure 12. Source: IBKR Form 10-K (2025), p.109

**PART IV**

**ITEM 15. EXHIBITS AND FINANCIAL STATEMENT SCHEDULES**

**Documents filed as part of this report**

1. **Consolidated Financial Statements**

The consolidated financial statements required to be filed in the Annual Report on Form 10-K are listed on page 59 hereof and in Part II, Item 8 hereof.

2. **Exhibits**

| Exhibit Number | Description |
|---|---|
| 3.1 | Second Amended and Restated Certificate of Incorporation of Interactive Brokers Group, Inc. (filed as Exhibit 3.1 to the Quarterly Report on Form 10-Q for the Quarterly Period Ended June 30, 2025 filed by the Company on August 6, 2025). ** |
| 3.2 | Amended bylaws of Interactive Brokers Group, Inc. (filed as Exhibit 3.1 to the Form 8-K filed by the Company on February 24, 2016). ** |
| 4.1 | Description of the Registrant's Securities. |
| 10.1 | Amended and Restated Operating Agreement of IBG LLC (filed as Exhibit 10.1 to the Quarterly Report on Form 10-Q for the Quarterly Period Ended March 31, 2007 filed by the Company on June 15, 2007). ** |
| 10.2 | Form of Limited Liability Company Operating Agreement of IBG Holdings LLC (filed as Exhibit 10.5 to Amendment No. 1 to the Registration Statement on Form S-1 filed by the Company on February 12, 2007). ** |
| 10.3 | Exchange Agreement by and among Interactive Brokers Group, Inc., IBG Holdings LLC, IBG LLC and the Members of IBG LLC (filed as Exhibit 10.3 to the Quarterly Report on Form 10-Q for the Quarterly Period Ended September 30, 2009 filed by the Company on November 11, 2009). ** |
| 10.4 | Tax Receivable Agreement by and between Interactive Brokers Group, Inc. and IBG Holdings LLC (filed as Exhibit 10.3 to the Quarterly Report on Form 10-Q for the Quarterly Period Ended March 31, 2007 filed by the Company on June 15, 2007). ** |
| 10.5 | Amended Interactive Brokers Group, Inc. 2007 Stock Incentive Plan (filed as Exhibit 10.5 to Form 10-Q for the Quarterly Period Ended June 30, 2025 filed by the Company on August 6, 2025). **+ |
| 10.6 | Interactive Brokers Group, Inc. 2007 ROI Unit Stock Plan. (filed as Exhibit 10.9 to Amendment No. 2 to the Registration Statement on Form S-1 filed by the Company on April 4, 2007). **+ |
| 10.7 | Interactive Brokers Group, Inc. Amendment to the Exchange Agreement (filed as Exhibit 10.1 to the Form 8-K filed by the Company on June 6, 2012). **+ |
| 10.8 | Second Amendment to Exchange Agreement by and among Interactive Brokers Group, Inc., IBG Holdings LLC, IBG (filed as Exhibit 10.1 to the Quarterly Report on Form 10-Q for the Quarterly Period Ended September 31, 2015 filed by the Company on November 9, 2015). ** |
| 10.9 | First Amendment to Limited Liability Company Agreement of IBG Holdings LLC (filed as Exhibit 10.2 to the Quarterly Report on Form 10-Q for the Quarterly Period Ended September 31, 2015 filed by the Company on November 9, 2015). ** |
| 19.1 | Insider Trading Policies and Procedures. |
| 21.1 | Subsidiaries of the registrant. |
| 23.1 | Consent of Independent Registered Public Accounting Firm. |
| 31.1 | Certification of Chief Executive Officer, pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2 | Certification of Chief Financial Officer, pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1 | Certification of Chief Executive Officer, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2 | Certification of Chief Financial Officer, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 97.1 | Policy Relating to Recovery of Erroneously Awarded Compensation. (filed as Exhibit 97.1 to the Annual Report on Form 10-K for the Annual Period Ended December 31, 2023 filed by the Company on February 27, 2024)** |
| 101.INS | Inline XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document.* |
| 101.SCH | Inline XBRL Taxonomy Extension Schema With Embedded Linkbase Documents.* |
| 104 | Cover Page Interactive Data File - the cover page XBRL tags are embedded within the Inline XBRL document. |

**Highlighted Text Above – Source page 109 of 10-K (Typed for Clarity):**

"Documents filed as part of this report

Exhibit

Number          Description

21.1            Subsidiaries of the registrant"

21553.1

EXHIBIT 2 | Case No. 1:25-cv-08536 (LAK)

## Figure 13. Source: IBKR Form 10-K (2025), Exhibit 21.1 (Subsidiaries of the Registrant)

EXHIBIT 21.1

### SUBSIDIARIES OF THE COMPANY

| Name | Jurisdiction of Organization |
|---|---|
| IBG LLC | Connecticut, U.S.A. |

The following is a list of subsidiaries of IBG LLC:

| Name | Jurisdiction of Organization |
|---|---|
| Interactive Brokers LLC[1] | Connecticut, U.S.A. |
| IBKR Security Services LLC[2] | Connecticut, U.S.A. |
| IA GP LLC | Delaware, U.S.A. |
| Interactive Venture Partners GP LLC | Delaware, U.S.A. |
| Interactive Venture Partners LLC | Delaware, U.S.A. |
| IB Exchange Corp. | Delaware, U.S.A. |
| IB Global Investments LLC[3] | Delaware, U.S.A. |
| ForecastEx LLC[3] | Delaware, U.S.A. |
| Trend Analytics LLC | Delaware, U.S.A. |
| Interactive Academy LLC | Delaware, U.S.A. |
| Interactive Brokers Ireland Limited | Ireland |
| Interactive Brokers (India) Private Limited[3] | India |
| Interactive Brokers Software Services (India) Private Limited | India |
| Interactive Brokers Singapore Pte. Ltd | Singapore |

(1) IBG LLC owns 99.9% and Mr. Thomas Peterffy owns 0.1%.

(2) IBG LLC owns 99.99% and Mr. Thomas Peterffy owns 0.01%.

(3) IBG LLC Owns 99.99% and IB Exchange Corp. owns 0.01%

The following is a list of subsidiaries of IB Exchange Corp:

| Name | Jurisdiction of Organization |
|---|---|
| Interactive Brokers Canada Inc. | Canada |
| Interactive Brokers (U.K.) Limited | United Kingdom |
| Interactive Brokers Hong Kong Limited | Hong Kong |
| Interactive Brokers Australia Pty Limited | Australia |
| Interactive Brokers Securities Japan, Inc. | Japan |
| IB Business Services (Shanghai) Company Limited | China |
| IBKR Financial Services AG | Switzerland |
| Interactive Brokers Hungary Informatikai KFT | Hungary |
| Interactive Brokers Software Services Estonia OU | Estonia |
| Interactive Brokers Software Services Rus | Russia |
| Interactive Brokers Corp. | Delaware, U.S.A. |
| Covestor, Inc. | Delaware, U.S.A. |

The following is a list of subsidiaries of IBKR Financial Services AG:

| Name | Jurisdiction of Organization |
|---|---|
| Global Financial Information Services GmbH | Switzerland |

The following is a list of subsidiaries and branches of Interactive Brokers (U.K.) Limited:

| Name | Jurisdiction of Organization |
|---|---|
| Interactive Brokers (U.K.) Nominee Limited | United Kingdom |
| Interactive Brokers (U.K.) Limited (DIFC Branch) | United Arab Emirates |

21553.1

EXHIBIT 2 | Case No. 1:25-cv-08536 (LAK)

## Figure 14. Source: IBKR Form 10-K (2025), Exhibit 21.1 (Subsidiaries of the Registrant) Continued

The following is a list of subsidiaries of Interactive Brokers Australia Pty Limited:

| Name | Jurisdiction of Organization |
|---|---|
| Interactive Brokers Australia Nominees Pty Limited | Australia |

The following is a list of subsidiaries of Covestor, Inc.:

| Name | Jurisdiction of Organization |
|---|---|
| Covestor Limited | United Kingdom |

The following is a list of subsidiaries of Interactive Brokers Ireland Limited

| Name | Jurisdiction of Organization |
|---|---|
| Interactive Brokers Ireland (Nominee) Limited | Ireland |

The following is a list of subsidiaries of Interactive Brokers Hungary Informatikai KFT

| Name | Jurisdiction of Organization |
|---|---|
| Interactive Venture Partners Advisory Hungary KFT | Hungary |

21553.1