# WILLIAMS ᴸᴸᴾ

420 Lexington Avenue Suite 875
New York, New York 10170
Direct Dial: 212.417.0430
edward@williamsllp.com

11 April 2026

**BY CM/ECF**
The Hon. Lewis A. Kaplan
United States District Court—SDNY
500 Pearl Street
New York, New York 10007

Re:       XDOOD v. Interactive Brokers Group, Inc. et al., 25CV08536 (LAK)
Subject:  Notice Re: Filing at ECF Doc. Nos. 48–50

Dear Judge Kaplan:

The undersigned represents Plaintiff, XDOOD, and recently appeared for Plaintiff on 1 April 2026. See ECF Doc. No. 42.

The undersigned prepared a Memorandum of Law in opposition to IBKR's Motion to Dismiss. Shortly before filing, in an effort to reduce the number of pages, the undersigned tried to change fonts to Times New Roman instead of Arial Narrow, which the usual font the undersigned uses. The undersigned uses a number of software to format briefs and other filings, but those systems are based on a number of presets, including the font. Without realizing what was to come, the undersigned switched the fonts on the document without first going through the software to do so, and the document reverted to another earlier version of the Memorandum of Law. The Memorandum of Law filed at ECF Doc. No. 48, is not the final document.

The Undersigned has fixed the issue and refiled the correct Memorandum of Law at ECF Doc. No. 50. The undersigned will confer with counsel for IBKR and determine how the parties would like to proceed.

                    Respectfully submitted,


                    /s/ T. Edward Williams, Esq.


cc: Counsel of Record (via ECF).

21702.1

21702.1